## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:  15-51527 |
| | : | |
| **BOBST COLLISION, INC.** | : | CHAPTER:  11 |
| | : | |
| Debtor. | : | JUDGE:  HOFFMAN |

## STATEMENT RELEVANT TO SECTION 1116 OF THE U.S. BANKRUPTCY CODE

Now comes the Debtor, Bobst Collision, Inc., by its President, David W. Bobst, and states that he has reviewed Section 1116 of the U.S. Bankruptcy Code and agrees to comply with all terms and provisions contained therein

Dated: __4/28/15__

/s/ Bobst Collision, Inc.
Bobst Collision, Inc.
by President, David W. Bobst