# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:   15-51527 |
| | : | |
| BOBST COLLISION, INC. | : | CHAPTER:   11 |
| | : | |
| Debtor. | : | JUDGE:   HOFFMAN |

## FINANCIAL REPORTS OF BOBST COLLISION, INC. FOR JULY 2015

Now comes Bobst Collision, Inc., and files the attached document with the Court.

Respectfully submitted,

/s/ Garry A. Sabol
Garry A. Sabol (0002004)
1530 Demorest Road
Columbus, OH 43228
(614) 871-8970
(614) 871-5297 Fax
sabolg@yahoo.com

# Bobst Collision, Inc.

# July, 2015

## Financial Reports and Certification

## Of Compliance Filed with

## United States Trustee

**TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE TAX PERIOD:  July, 2015**

8/12/2015

|  |  |
|---|---|
| CASE No.: | 2:15-BK-51527 |
| Chapter 11 |  |
| Judge: | John E. Hoffman, Jr. |

Bobst Collision, Inc.
_____
            Debtor

As debtor in possession, I affirm:

1          That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting
practices, and fairly and accurately reflect the debtor's financial activity for the period stated.

2          That the insurance, including worker's compensation and unemployment insurance
as described in Section 4 pf the Reporting Requirements for Chapter 11 cases is in effect, and
(if not, attach a written explanation)        YES___X____        NO _____

3          That all postpetition taxes as described in Sections 1 and 14 of the Operating
instructions and Reporting Requirements for Chapter 11 cases are current.
(if not, attach a written explanation)        YES___X____        NO _____

4          No professional fees (attorney, accountant, etc.) have been paid without specific
court authorization.
(if not, attach a written explanation)        YES___X____        NO _____

5          All United States Trustee Quarterly fees have been paid and are current.
                                                             YES___X____        NO _____

6          Have you filed your prepetition tax returns.
(if not, attach a written explanation)        YES___X____        NO _____

I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

| | |
|---|---|
| | **Bobst Collision, Inc.** |
| Dated:        8/12/2015 | **Debtor in Possession, by** |
| | Name: |
| | **Roy D. Lucas** |
| | Title: |
| | **Certified Public Accountant** |
| | Phone: |
| | **614-861-2869** |

Form 1

8/12/2015                    OPERATING STATEMENT                    Boost Collision, Inc.
                           Period Ending: July 31, 2015

                                                        Case No:_ 15-51527

                                              **(July)**
                                              <u>Current Month</u>

        Total Revenue/Sales                   **71,207.09**
        Cost of Sales                          27,771.44
                                              _____
        GROSS PROFIT                          **43,435.65**

        EXPENSES:

        Officer Compensation                   1,620.00
        Salary Expenses Other Employees       22,732.84
        Employee Benefits & Pensions            -25.12
        Payroll Taxes                          1,829.04
        Other Taxes
        Rent and Lease Expense                  952.46
        Interest Expense
        Insurance                               913.03
        Automobile and Truck Expense            593.43
        Utilities (gas, electric, phone)       2,604.74
        Depreciation
        Travel and Entertainment
        Repairs and Maintenance
        Advertising                             279.92
        Supplies, Office Expense, etc.         1,811.65
        Other - Specify  dues/sub/lic            36.00
        Other - Specify  Uniforms/shop          445.79
                                              _____
        TOTAL EXPENSES:                       **33,793.78**

        NET OPERATING PROFIT (LOSS)            9,641.87

        Add:  Non-Operating Income:
        Rental Income                           879.36
        Other Income                             39.37

        Less:  Non-Operating Expense:
        Professional Fees                      1,282.50
        Other  (Ch. 11 fee)                    1,500.00
                                              _____
        NET INCOME/(LOSS)                     **7,778.10**

                                              Form 2

8/12/2015

**Bobst Collision, Inc.**
*Balance Sheet Monthly Reporting*
**JULY, 2015**

Case No:  2:15-BK-51527

|  | (July) | Total | (March 16, 2015) |
|---|---|---|---|
|  | **Current Month** | **Prior Month** | **At Filing** |
| **ASSETS:** | | | |
| Cash: | 5,587.85 | -426.66 | 365.00 |
| Inventory: | | | |
| Accounts Receivable: | 42,016.52 | 48,041.77 | 29,788.75 |
| Insider Receivables: | | | |
| Land and Buildings: | 367,000.00 | 367,000.00 | 367,000.00 |
| Furniture., Fixtures, & Equip. | 103,021.40 | 101,816.40 | 101,816.40 |
| Accumulated Depreciation | -54,210.83 | -54,210.83 | -54,210.83 |
| Other: Work in Progress | 15,569.27 | 16,027.74 | |
| Other: | 8,041.60 | | |
| | | | |
| **TOTAL ASSETS:** | 487,025.81 | 478,248.42 | 444,759.32 |
| | | | |
| **LIABILITIES:** | | | |
| **Post Petition Liabilities** | | | |
| Accounts Payable | | | |
| Rent and Lease Payable | | | |
| Wages and Salaries Pay. | | | |
| Taxes Payable | 20,410.11 | 17,842.66 | |
| Other: | | | |
| | | | |
| **TOTAL Postpetition Liab.:** | 20,410.11 | 17,842.66 | 0.00 |
| | | | |
| **SECURED LIABILITIES:** | | | |
| Subject to Postpetition | 660,268.73 | 660,268.73 | 673,910.73 |
| Collateral or Financing Order: | | | |
| All Other Secured Liabilities | | | |
| | | | |
| **TOTAL Secured Liabilities:** | 660,268.73 | 660,268.73 | 673,910.73 |
| | | | |
| **PREPETITION LIABILITIES:** | | | |
| Taxes & Other Priority Liabilities | 6,422.88 | 6,422.88 | 11,903.59 |
| Unsecured Liabilities: | 25,463.72 | 25,463.72 | 25,463.72 |
| Other: | | | |
| | | | |
| **TOTAL Prepetition Liab.** | 31,886.60 | 31,886.60 | 37,367.31 |
| | | | |
| **EQUITY:** | | | |
| Owners Capital: | 15,230.23 | 15,230.23 | 15,230.23 |
| Retained Earnings - Pre Pet. | -281,748.95 | -281,748.95 | -281,748.95 |
| Retained Earnings - Post Pet. | 40,979.09 | 34,769.15 | |
| | | | |
| **TOTAL Equity** | -225,539.63 | -231,749.57 | -266,518.72 |
| | | | |
| **TOTAL LIABILITIES AND EQUITY** | 487,025.81 | 478,248.42 | 444,759.32 |

Form 3

**Bobst Collision, Inc.**

8/12/2015

*SUMMARY OF PAYABLES AND RECEIVABLES*

*Period Ended: JULY, 2015*

Case No: **2:15-BK-51527**

### Schedule of Postpetition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0.00 | 2,027.00 | 1,611.00 | 416.00 |
| State: | 3,030.10 | 579.37 | 0.00 | 3,609.47 |
| Local: | 3,161.60 | 544.98 | 0.00 | 3,706.58 |
| **FICA Withheld:** | 0.00 | 1,482.37 | 1,206.63 | 275.74 |
| **Employers FICA:** | 0.00 | 1,482.37 | 1,206.63 | 275.74 |
| **Unemployment Tax:** | | | | |
| Federal: | 127.36 | 14.92 | 0.00 | 142.28 |
| State: | 6,240.61 | 443.69 | 0.00 | 6,684.30 |
| **Sales, Use & Excise Taxes:** | 5,209.76 | 5,300.00 | 5,209.76 | 5,300.00 |
| **Property Taxes:** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Worker's Compensation:** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Other:** | | | | |
| **TOTALS:** | 17,769.43 | 11,874.70 | 9,234.02 | 20,410.11 |

### AGING OF ACCOUNTS RECEIVABLE
### AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days: | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| **Post Petition Accounts Payable:** | | | |
| **Accounts Receivable:** | 39,715.08 | 2,301.44 | |

For all postpetition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization.

_____

_____

_____

_____

Form 4

8/12/2015

**Bobst Collision, Inc.**
**MONTHLY CASH REPORT**
**Period Ended: JULY, 2015**

Case No: **2:15-BK-51527**

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | -530.31 | 100.00 | 100.00 | | |
| B. Receipts | 85,006.76 | 15,800.93 | 11,508.22 | | |
| C. Balance Available (A + B) | 84,476.45 | 15,900.93 | 11,608.22 | | |
| D. Less: Disbursements (Attach separate schedule) | 79,088.60 | 15,800.93 | 11,508.22 | | |
| E. Ending Balance (C - D) | 5,387.85 | 100.00 | 100.00 | 0.00 | 0.00 |

**(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)**

**General Account:**
   1. Depository Name & Location    Fifth/Third
   2. Account Number (last 4 digits only)    3713

**Payroll Account:**
   1. Depository Name & Location    Fifth/Third
   2. Account Number (last 4 digits only)    3739

**Tax Account:**
   1. Depository Name & Location    Fifth/Third
   2. Account Number (last 4 digits only)    3721

**Other monies on hand (specify type and location) i.e., CD's bonds, ect.**

Form 5

*Bobst Collision, Inc.*
*CASH REPORT*
8/12/2015

(BASED UPON A CONSOLIDATED ACCOUNTING OF ALL D-I-P ACCOUNTS)

CASE NAME:        **Bobst Collision, Inc.**

CASE NUMBER      **2:15-BK-51527**

MONTH AND YEAR:   **July, 2015**


Beginning cash balance (i.e. ending balance from previous report):        -$426.66

Add: All receipts for the month.  Do not include transfers        $85,006.76
between accounts:

Deduct: All disbursements for the month.  Do not include        $78,992.25
transfers between accounts.

Net cash flow (receipts minus disbursements)        $6,014.51

Ending cash balance (i.e. next month's beginning cash balance)        $5,587.85

*********************************************************************************

REPORT OF UNPAID DELINQUENT POST PETITION TAXES

| TAXING AUTHORITY | TAX TYPE | TAX PERIOD | DUE DATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form 5A

8/12/2015

**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**
**Period Ending: JULY, 2015**

Bobst Collision, Inc.

**Case No.: 2:15-BK-51527**

The following information is to be provided for each shareholder, officer, director, manager, Insider, or owner that is employed by the debtor in possession.
<u>Attach additional pages if necessary.</u>

Name:       **Dave Bobst**                    Capacity:

| | | |
|---|---|---|
| X | | Shareholder |
| X | | Officer |
| X | | Director |
| X | | Insider |

Detailed Description of Duties:  _____

_____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $620.00 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | $0.00 |

Current Other Payments Paid:

| | | | |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Stockholder Draw | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | 0.00 |

| | Weekly | or | Monthly |
|---|---|---|---|
| CURRENT TOTAL OF ALL PAYMENTS: | | | $620.00 |

*Roy D. Lucas, CPA*
_____
Principal, Officer, Director, or Insider

Dated:       8/12/15

Form 6

Bobst Collision, Inc.

8/12/2015

MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

**Period Ending: JULY, 2015**

Case No.: 2:15-BK-51527

The following information is to be provided for each shareholder, officer,
director, manager, Insider, or owner that is employed by the debtor in possession.
Attach additional pages if necessary.

| Name: | **Sandra Bobst** | | Capacity: | X | Shareholder |
|---|---|---|---|---|---|
| | | | | X | Officer |
| | | | | X | Director |
| | | | | X | Insider |

Detailed Description of Duties: _____

_____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $0.00 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | $0.00 |

Current Other Payments Paid:

| | | |
|---|---|---|
| Rent Paid | | |
| Loans | | |
| Stockholders Draw | | 1,000.00 |
| Other (Describe) | | |
| Other (Describe) | | |
| Total Other Payments | | 1,000.00 |

| | Weekly | or | Monthly |
|---|---|---|---|
| CURRENT TOTAL OF ALL PAYMENTS: | | | $1,000.00 |

*Roy D. Lucas, CPA*
_____
Principal, Officer, Director, or Insider

Dated:    8/12/15

Form 6(a)

*Boost Collision, Inc.*
*SCHEDULE OF IN-FORCE INSURANCE*
*Period Ending: JULY, 2015*

8/12/2015

**Case Name: 2:15-BK-51527**

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Worker's Compensation | Ohio Bureau of Worker's Comp. | |
| General Business Policy | Auto Owners | |
| Health Insurance | Anthem Blue Cross/Blue Shield | |
| | | |
| | | |
| | | |
| | | |

**Form 7**

Statement Period Date: 7/1/2015 - 7/31/2015
Account Desc: Business Standard Ckn
Account Number:

## FIFTH THIRD BANK
(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Banking Center: South High
Banking Center Phone: 614-492-8886
Business Banking Support: 877-534-2264

BOBST COLLISION INC
DEBTOR IN POSSESION
2918 PARSONS AVE
COLUMBUS OH 43207-3053

0

10243

## Account Summary - 3713

| | | | | |
|---|---|---|---|---|
| 07/01 | Beginning Balance | $3,945.88 | Number of Days in Period | 31 |
| 141 | Checks | $(35,711.02) | | |
| 70 | Withdrawals / Debits | $(40,743.95) | | |
| 38 | Deposits / Credits | $85,006.76 | | |
| 07/31 | Ending Balance | $12,497.67 | | |

### Analysis Period: 06/01/15 - 06/30/15

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$11.00 |
| NEGATIVE COLLECTED FEE [9] | $18.00 |
| **Service Charge withdrawn on 07/10/15** | **$18.00** |

[9]Collected balance is the cash balance minus checks drawn on other banks deposited in the last 2-5 days. Negative collected balance occurs when you draw upon those funds before the deposited checks are cleared.

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $3,500 across its business checking, savings, and certificate of deposit accounts.

**OR** your business spends at least $500 per month on its business credit card.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **Yes** |
| Total Combined Monthly Average Balance | $9,983.29 |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |

## Checks

141 checks totaling $35,711.07

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 4034 i | 07/07 | 377.39 | 4064 i | 07/06 | 113.11 | 4080 i | 07/08 | 20.00 |
| 4035 i | 07/01 | 70.44 | 4065 i | 07/06 | 131.68 | 4081 i | 07/07 | 570.42 |
| 4046*i | 07/01 | 262.00 | 4066 i | 07/06 | 14.07 | 4082 i | 07/07 | 75.50 |
| 4048*i | 07/01 | 9.17 | 4067 i | 07/06 | 462.81 | 4083 i | 07/08 | 138.81 |
| 4050*i | 07/01 | 450.00 | 4068 i | 07/22 | 50.00 | 4084 i | 07/08 | 65.00 |
| 4052*i | 07/02 | 95.31 | 4069 i | 07/06 | 20.94 | 4085 i | 07/09 | 113.16 |
| 4053 i | 07/01 | 93.90 | 4070 i | 07/06 | 74.49 | 4086 i | 07/09 | 200.00 |
| 4055*i | 07/02 | 44.04 | 4071 i | 07/14 | 327.45 | 4087 i | 07/21 | 153.24 |
| 4056 i | 07/06 | 27.29 | 4072 i | 07/06 | 3.85 | 4088 i | 07/10 | 114.00 |
| 4057 i | 07/02 | 55.00 | 4073 i | 07/06 | 3.36 | 4089 i | 07/21 | 38.70 |
| 4058 i | 07/02 | 58.14 | 4074 i | 07/06 | 208.39 | 4090 i | 07/20 | 228.00 |
| 4059 i | 07/20 | 50.00 | 4075 i | 07/07 | 132.00 | 4091 i | 07/23 | 666.08 |
| 4060 i | 07/03 | 71.54 | 4076 i | 07/07 | 788.35 | 4092 i | 07/13 | 128.50 |
| 4061 i | 07/03 | 70.99 | 4077 i | 07/07 | 5.60 | 4094*i | 07/13 | 64.02 |
| 4062 i | 07/03 | 186.12 | 4078 i | 07/07 | 72.45 | 4095 i | 07/10 | 681.27 |
| 4063 i | 07/03 | 105.05 | 4079 i | 07/07 | 59.14 | 4096 i | 07/10 | 455.00 |

**FIFTH THIRD BANK**

## Checks - continued

* Indicates gap in check sequence  i = Electronic Image  s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|--------|-----------|--------|--------|-----------|--------|--------|-----------|--------|
| 4097 i | 07/10 | 72.00 | 4128 i | 07/17 | 354.76 | 4162 i | 07/28 | 1,500.00 |
| 4098 i | 07/10 | 746.41 | 4129 i | 07/17 | 218.32 | 4163 i | 07/24 | 394.90 |
| 4099 i | 07/10 | 72.00 | 4130 i | 07/23 | 90.00 | 4164 i | 07/24 | 11.06 |
| 4100 i | 07/10 | 19.04 | 4131 i | 07/17 | 200.00 | 4165 i | 07/27 | 472.95 |
| 4101 i | 07/17 | 113.11 | 4132 i | 07/17 | 23.62 | 4166 i | 07/28 | 229.06 |
| 4102 i | 07/17 | 131.68 | 4133 i | 07/20 | 200.00 | 4167 i | 07/27 | 40.44 |
| 4103 i | 07/17 | 14.07 | 4134 i | 07/20 | 227.60 | 4168 i | 07/27 | 86.99 |
| 4104 i | 07/13 | 34.13 | 4135 i | 07/20 | 90.35 | 4169 i | 07/28 | 133.25 |
| 4105 i | 07/13 | 216.79 | 4136 i | 07/20 | 113.11 | 4170 i | 07/27 | 1,702.38 |
| 4106 i | 07/13 | 292.10 | 4137 i | 07/20 | 131.68 | 4171 i | 07/28 | 113.11 |
| 4107 i | 07/10 | 550.00 | 4139*i | 07/21 | 33.02 | 4172 i | 07/28 | 131.68 |
| 4108 i | 07/15 | 7.90 | 4140 i | 07/21 | 568.54 | 4173 i | 07/27 | 9.84 |
| 4109 i | 07/13 | 500.00 | 4141 i | 07/21 | 457.00 | 4174 i | 07/28 | 130.09 |
| 4110 i | 07/13 | 382.32 | 4142 i | 07/27 | 100.99 | 4175 i | 07/28 | 574.68 |
| 4111 i | 07/14 | 584.16 | 4143 i | 07/23 | 79.00 | 4176 i | 07/28 | 292.50 |
| 4112 i | 07/14 | 96.66 | 4144 i | 07/28 | 384.19 | 4177 i | 07/28 | 316.79 |
| 4113 i | 07/13 | 500.00 | 4145 i | 07/27 | 27.83 | 4178 i | 07/31 | 2.17 |
| 4114 i | 07/14 | 31.84 | 4146 i | 07/22 | 24.07 | 4179 i | 07/28 | 503.15 |
| 4115 i | 07/21 | 27.44 | 4147 i | 07/22 | 143.24 | 4180 i | 07/30 | 145.97 |
| 4116 i | 07/16 | 49.02 | 4148 i | 07/22 | 126.00 | 4181 i | 07/29 | 32.38 |
| 4117 i | 07/16 | 600.00 | 4149 i | 07/23 | 29.04 | 4182 i | 07/31 | 431.00 |
| 4118 i | 07/15 | 406.46 | 4150 i | 07/22 | 143.00 | 4184*i | 07/30 | 67.22 |
| 4119 i | 07/15 | 138.00 | 4151 i | 07/21 | 1,500.00 | 4185 i | 07/30 | 90.00 |
| 4120 i | 07/22 | 275.00 | 4153*i | 07/22 | 129.36 | 4191*i | 07/30 | 509.87 |
| 4121 i | 07/16 | 102.95 | 4154 i | 07/22 | 55.00 | 4193*i | 07/30 | 529.9? |
| 4122 i | 07/16 | 36.82 | 4155 i | 07/22 | 1,129.55 | 4197*i | 07/30 | 684.00 |
| 4123 i | 07/21 | 1,459.54 | 4156 i | 07/27 | 125.00 | 4198 i | 07/30 | 513.00 |
| 4124 i | 07/16 | 186.52 | 4158*i | 07/23 | 8.64 | 4199 i | 07/30 | 1,282.50 |
| 4125 i | 07/16 | 8.92 | 4159 i | 07/23 | 49.04 | 4200 i | 07/31 | 25.55 |
| 4126 i | 07/17 | 282.05 | 4160 i | 07/23 | 463.12 | 4210*i | 07/31 | 500.00 |
| 4127 i | 07/17 | 379.00 | 4161 i | 07/23 | 7.80 | 4211 i | 07/31 | 500.00 |

## Withdrawals / Debits                                    70 items totaling $40,743.95

| Date | Amount | Description |
|------|--------|-------------|
| 07/02 | 100.55 | MERCHANT PAYMENT AT LOC ELEPAY AEPColum/BillMatrix Columbus OH |
| 07/02 | 2.95 | WEB INITIATED PAYMENT AT BILLMATRIX BILLPAYFEE 16046840262 070215 |
| 07/02 | 2.95 | WEB INITIATED PAYMENT AT BILLMATRIX BILLPAYFEE 16046846702 070215 |
| 07/02 | 2.95 | WEB INITIATED PAYMENT AT BILLMATRIX BILLPAYFEE 16046852092 070215 |
| 07/02 | 57.56 | WEB INITIATED PAYMENT AT AEP COLUMBUS SOU BILL PAY 16046852091 070215 |
| 07/02 | 61.62 | WEB INITIATED PAYMENT AT AEP COLUMBUS SOU BILL PAY 16046846701 070215 |
| 07/02 | 141.10 | WEB INITIATED PAYMENT AT AEP COLUMBUS SOU BILL PAY 16046840261 070215 |
| 07/02 | 196.21 | FIFTH THIRD ACH MPS BILLNG 4445013000281 070215 |
| 07/02 | 3,443.78 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3739 REF # 00393055736 |
| 07/03 | 106.25 | DEBIT CARD PURCHASE AT COLUMBUS DISP/THIS, 14614618880, OH ON 070115 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/03 | 252.34 | DEBIT CARD PURCHASE AT CITY OF COLS UTILI, 06146458276, OH ON 070115 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/03 | 504.49 | DEBIT CARD PURCHASE AT CITY OF COLS UTILI, 06146458276, OH ON 070115 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/06 | 3,053.93 | WEB INITIATED PAYMENT AT CMS SHOP CMS SHOP CMSSHP000500323 070615 |
| 07/07 | 58.35 | DEBIT CARD PURCHASE AT MARATHON PETRO1362, COLUMBUS, OH ON 070615 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/07 | 85.04 | DEBIT CARD PURCHASE AT HERTZ RENT-A-CAR, COLUMBUS, OH ON 070615 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/07 | 268.50 | DEBIT CARD PURCHASE AT PREFERRED LONG DIS, 08182352026, CA ON 070615 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/07 | 319.80 | TELEPHONE INITIATED PAYMENT AT Speedpay DIRECT ENE 1219481 070715 |
| 07/07 | 921.28 | WEB INITIATED PAYMENT AT CCC Info Insurance 1360-156448-070 070715 |

Statement Period Date: 7/1/2015 - 7/31/2015
Account Type: DP/SG Standard Ckg
Account Number: ████3713

**FIFTH THIRD BANK**
(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BOBST COLLISION INC
DEBTOR IN POSSESSION
2918 PARSONS AVE
COLUMBUS OH 43207-3053

0

10243

Banking Center: South High
Banking Center Phone: 614-492-8888
Business Banking Support: 877-534-2264

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 07/07 | 1,212.16 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3721 REF # 00393631135 |
| 07/08 | 13.97 | RECURRING PURCHASE AT VISTAPR*Website.Pk, 866-6148002, CA ON 070715 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/08 | 20.10 | DEBIT CARD PURCHASE AT MARATHON PETRO1362, COLUMBUS, OH ON 070715 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/08 | 100.00 | DEBIT CARD PURCHASE AT ATT*BILL PAYMENT, 800-288-2020, TX ON 070815 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/09 | 318.37 | CINTAS-RENTAL EPAY-RENT 000000618555777 BOBST COLLISION INC 070915 |
| 07/09 | 3,627.94 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3739 REF # 00393856933 |
| 07/10 | 105.89 | DEBIT CARD PURCHASE AT HERTZ RENT-A-CAR, COLUMBUS, OH ON 070915 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/10 | 21.17 | FDGL LEASE PYMT 052-1050129-000 071015 |
| 07/10 | 18.00 | SERVICE CHARGE |
| 07/13 | 36.00 | RECURRING PURCHASE AT BETTER BUSINESS BU, 614-4866531, OH ON 071015 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/13 | 56.85 | DEBIT CARD PURCHASE AT GROVEPORT PIKE DUC, COLUMBUS, OH ON 071115 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/13 | 118.09 | DEBIT CARD PURCHASE AT WAL-MART #2666, COLUMBUS, OH ON 071015 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/13 | 23.95 | FIFTH THIRD ACH MPS BILLNG 0K4164 BOBST COLLISION INC 071315 |
| 07/13 | 200.00 | RETURN DEPOSIT ITEM(S) ADVICE:101043 |
| 07/14 | 1,236.58 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3721 REF # 00394419326 |
| 07/15 | 9.99 | DEBIT CARD PURCHASE AT AUTOZONE #0729, COLUMBUS, OH ON 071415 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/15 | 314.16 | CINTAS-RENTAL EPAY-RENT 000000619986193 BOBST COLLISION INC 071515 |
| 07/15 | 27.35 | MERCHANT PAYMENT WAL Wal-Mart Sto AT LOC 660005 2666 WAL-SAMS COLUMBUS OH |
| 07/15 | 37.02 | MERCHANT PAYMENT WAL Wal-Mart Sto AT LOC 660067 2666 WAL-SAMS COLUMBUS OH |
| 07/15 | 37.59 | MERCHANT PAYMENT WAL Wal-Mart Sto AT LOC 660067 2666 WAL-SAMS COLUMBUS OH |
| 07/16 | 19.60 | DEBIT CARD PURCHASE AT USPS 3833110622992, GROVEPORT, OH ON 071515 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/16 | 114.01 | DEBIT CARD PURCHASE AT REPUBLIC SERVICES, 08665765548, AZ ON 071515 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/16 | 114.63 | DEBIT CARD PURCHASE AT REPUBLIC SERVICES, 08665765548, AZ ON 071515 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/17 | 2,426.36 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3739 REF # 00394834380 |
| 07/20 | 70.25 | DEBIT CARD PURCHASE AT MARATHON PETRO0816, SHADEVILLE, OH ON 071715 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/20 | 188.25 | DEBIT CARD PURCHASE AT TWC*TIME WARNER CA, 614-481-5050, OH ON 071815 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/20 | 188.25 | DEBIT CARD PURCHASE AT DCU*PAYMENT WEBSIT, 800-844-2843, CO ON 071815 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/21 | 86.15 | WEB INITIATED PAYMENT AT COLUMBIA GAS OH SERV PYMT 146407130030003 072115 |
| 07/21 | 313.20 | WEB INITIATED PAYMENT AT COLUMBIA GAS OH SERV PYMT 146407130020004 072115 |
| 07/21 | 48.45 | MERCHANT PAYMENT WAL-MART #2666 AT LOC 660017 Wal-Mart Store COLUMBUS OH |
| 07/21 | 926.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3721 REF # 00395195772 |
| 07/22 | 40.90 | DEBIT CARD PURCHASE AT KROGER FUEL #6815, COLUMBUS, OH ON 072115 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/22 | 139.00 | DEBIT CARD PURCHASE AT MCCOY'S 4X4 LLC, 614-935-5544, OH ON 072215 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/22 | 178.00 | DEBIT CARD PURCHASE AT NFIB, 08006342669, TN ON 072115 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/22 | 504.18 | RECURRING PURCHASE AT Intuit *Payroll, 800-446-8848, CA ON 072215 FROM CARD#: XXXXXXXXXXXX7391 |

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 07/22 | 913.03 | WEB INITIATED PAYMENT AT AUTO-OWNERS INS. PREM OB003020088 072215 |
| 07/23 | 5,209.76 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3721 REF # 00395409689 |
| 07/24 | 122.86 | DEBIT CARD PURCHASE AT WAL-MART #2666, COLUMBUS, OH ON 072315 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/24 | 3,386.99 | 5/3 ONLINE TRANSFER TO CK: XXXXX3739 REF # 00395582969 |
| 07/27 | 51.10 | DEBIT CARD PURCHASE AT MARATHON PETRO1362, COLUMBUS, OH ON 072415 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/27 | 53.45 | DEBIT CARD PURCHASE AT VISTAPR*VistaPrint, 866-6148002, CA ON 072415 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/27 | 62.45 | DEBIT CARD PURCHASE AT KROGER FUEL #6815, COLUMBUS, OH ON 072515 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/27 | 79.90 | DEBIT CARD PURCHASE AT LIFE TRIBUTES, 888-932-7658, MI ON 072415 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/27 | 1,709.86 | 5/3 ONLINE TRANSFER TO CK: XXXXX3721 REF # 00395857530 |
| 07/28 | 1,213.86 | 5/3 ONLINE TRANSFER TO CK: XXXXX3721 REF # 00395941595 |
| 07/29 | 439.30 | DEBIT CARD PURCHASE AT PREFERRED LONG DIS, 08182352026, CA ON 072815 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/30 | 154.73 | WEB INITIATED PAYMENT AT VZ WIRELESS VE VZW WEBPAY 4868999 073015 |
| 07/31 | 31.18 | DEBIT CARD PURCHASE AT MITCHELL INTERNATI, 08002389111, CA ON 073015 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/31 | 85.00 | DEBIT CARD PURCHASE AT CARID.COM, 08005053274, NJ ON 072915 FROM CARD#: XXXXXXXXXXXX7391 |
| 07/31 | 921.28 | WEB INITIATED PAYMENT AT CCC Info Insurance 1360-156448-073 073115 |
| 07/31 | 921.28 | WEB INITIATED PAYMENT AT CCC Info Insurance 1360-156448-073 073115 |
| 07/31 | 2,915.86 | 5/3 ONLINE TRANSFER TO CK: XXXXX3739 REF # 00396406038 |

## Deposits / Credits                                              38 items totaling $85,006.76

| Date | Amount | Description |
|------|--------|-------------|
| 07/02 | 458.47 | DEPOSIT |
| 07/02 | 712.59 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 070215 |
| 07/02 | 2,872.82 | DEPOSIT |
| 07/02 | 3,865.28 | SF MUTUAL A16SF0001 116473995KA0629 BOBST COLLISION NTE*ZZZ*116473995KA06291370533100 070215 |
| 07/03 | 2,838.13 | DEPOSIT |
| 07/06 | 713.38 | DEPOSIT |
| 07/07 | 864.23 | DEPOSIT |
| 07/07 | 887.52 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 070715 |
| 07/07 | 3,547.68 | DEPOSIT |
| 07/08 | 1,183.98 | DEPOSIT |
| 07/09 | 203.39 | SF MUTUAL A16SF0001 116480377KA0706 BOBST COLLISION NTE*ZZZ*116480377KA07061370533100 070915 |
| 07/09 | 3,101.54 | DEPOSIT |
| 07/10 | 975.93 | SF MUTUAL A16SF0001 116482012KA0707 BOBST COLLISION NTE*ZZZ*116482012KA07071370533100 071015 |
| 07/13 | 1,376.57 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 071115 |
| 07/13 | 3,006.24 | DEPOSIT |
| 07/14 | 1,083.86 | SF MUTUAL A16SF0001 116484846KA0709 BOBST COLLISION NTE*ZZZ*116484846KA07091370533100 071415 |
| 07/14 | 5,996.90 | SF MUTUAL A16SF0001 116484704KA0709 BOBST COLLISION NTE*ZZZ*116484704KA07091370533100 071415 |
| 07/15 | 250.00 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 071515 |
| 07/15 | 2,625.96 | SF MUTUAL A16SF0001 116486347KA0710 BOBST COLLISION NTE*ZZZ*116486347KA07101370533100 071515 |
| 07/15 | 3,433.86 | DEPOSIT |
| 07/17 | 3,287.25 | DEPOSIT |
| 07/17 | 4,931.91 | DEPOSIT |
| 07/21 | 4,601.48 | DEPOSIT |
| 07/21 | 7,410.61 | SF MUTUAL A16SF0001 116492817KA0716 BOBST COLLISION NTE*ZZZ*116492817KA07161370533100 072115 |
| 07/22 | 250.00 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 072215 |
| 07/23 | 3,821.95 | DEPOSIT |

Statement Period Date: 7/1/2015 - 7/31/2015
Account Type: SC/Business Standard Ckg
Account Number: XXXXX371X

**FIFTH THIRD BANK**
(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BOBST COLLISION INC
DEBTOR IN POSSESION
2918 PARSONS AVE
COLUMBUS OH 43207-3053

0

10243

Banking Center: South High
Banking Center Phone: 614-492-8888
Business Banking Support: 877-534-2264

## Deposits / Credits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 07/24 | 1,205.66 | SF MUTUAL A16SF0001 116497923KA0721 BOBST COLLISION NTE*ZZZ*116497923KA07211370533100 072415 |
| 07/24 | 1,644.69 | SF MUTUAL A16SF0001 116497826KA0721 BOBST COLLISION NTE*ZZZ*116497826KA07211370533100 072415 |
| 07/28 | 129.00 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 072815 |
| 07/28 | 3,461.87 | DEPOSIT |
| 07/29 | 87.51 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 072915 |
| 07/30 | 43.00 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 073015 |
| 07/30 | 1,101.00 | SF MUTUAL A16SF0001 116504365KA0727 BOBST COLLISION NTE*ZZZ*116504365KA07271370533100 073015 |
| 07/30 | 2,100.00 | DEPOSIT |
| 07/30 | 3,574.84 | DEPOSIT |
| 07/30 | 5,391.36 | SF MUTUAL A16SF0001 116504259KA0727 BOBST COLLISION NTE*ZZZ*116504259KA07271370533100 073015 |
| 07/31 | 250.00 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 073115 |
| 07/31 | 1,716.30 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/01 | 3,060.37 | 07/13 | 5,024.40 | 07/23 | 16,536.00 |
| 07/02 | 6,707.37 | 07/14 | 9,828.47 | 07/24 | 15,470.54 |
| 07/03 | 8,248.72 | 07/15 | 15,159.82 | 07/27 | 10,947.36 |
| 07/06 | 4,848.18 | 07/16 | 13,927.35 | 07/28 | 9,015.87 |
| 07/07 | 5,201.63 | 07/17 | 18,003.54 | 07/29 | 8,631.70 |
| 07/08 | 6,027.73 | 07/20 | 16,516.05 | 07/30 | 16,864.69 |
| 07/09 | 5,073.19 | 07/21 | 22,916.86 | 07/31 | 12,497.67 |
| 07/10 | 3,194.34 | 07/22 | 19,316.53 | | |

**FIFTH THIRD BANK**

This page intentionally left blank.



**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BOBST COLLISION INC
DEBTOR IN POSSESION
2918 PARSONS AVE
COLUMBUS OH 43207-3053

0

10245

Statement Period Date: 7/1/2015 - 7/31/2015

Account Type: DDA/Bus Standard Ckg

Account Number: XXXXX8739

Banking Center: South High
Banking Center Phone: 614-492-888X
Business Banking Support: 877-534-226X

## Account Summary - XXXXX3739

| | | | | |
|---|---|---|---|---|
| 07/01 | Beginning Balance | $600.67 | Number of Days in Period | 31 |
| 33 | Checks | $(13,385.74) | | |
| | Withdrawals / Debits | | | |
| 5 | Deposits / Credits | $15,800.93 | | |
| 07/31 | Ending Balance | $3,015.86 | | |

**Analysis Period: 06/01/15 - 06/30/15**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$11.00 |
| **Service Charge withdrawn on 07/10/15** | **$0.00** |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average
balance of $3,500 across its business checking, savings,
and certificate of deposit accounts.

**OR** your business spends at least $500 per month on
its business credit card.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **Yes** |
| Total Combined Monthly Average Balance | $9,983.29 |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |

## Checks

**33 checks totaling $13,385.74**

* Indicates gap in check sequence      i = Electronic Image      s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 6830 i | 07/07 | 144.85 | 6849 i | 07/13 | 144.85 | 6860 i | 07/20 | 261.17 |
| 6834* i | 07/03 | 355.82 | 6850 i | 07/13 | 426.85 | 6861 i | 07/20 | 607.45 |
| 6839* i | 07/07 | 144.85 | 6851 i | 07/13 | 517.70 | 6862 i | 07/17 | 418.32 |
| 6840 i | 07/06 | 526.93 | 6852 i | 07/13 | 463.88 | 6863 i | 07/27 | 503.34 |
| 6841 i | 07/06 | 453.99 | 6853 i | 07/13 | 398.41 | 6864 i | 07/27 | 144.85 |
| 6842 i | 07/06 | 328.44 | 6854 i | 07/10 | 733.65 | 6865 i | 07/27 | 431.78 |
| 6843 i | 07/06 | 510.46 | 6855 i | 07/10 | 439.26 | 6866 i | 07/27 | 506.63 |
| 6844 i | 07/06 | 474.69 | 6856 i | 07/23 | 144.85 | 6867 i | 07/27 | 426.45 |
| 6845 i | 07/03 | 618.97 | 6857 i | 07/20 | 457.53 | 6868 i | 07/27 | 710.38 |
| 6846 i | 07/03 | 385.45 | 6858 i | 07/22 | 67.08 | 6869 i | 07/27 | 433.77 |
| 6848* i | 07/10 | 503.34 | 6859 i | 07/20 | 469.96 | 6870 i | 07/27 | 229.79 |

**FIFTH THIRD BANK**

## Deposits / Credits                                      5 items totaling $15,800.93

| Date  | Amount   | Description                                            |
|-------|----------|--------------------------------------------------------|
| 07/02 | 3,443.78 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00393055736 |
| 07/09 | 3,627.94 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00393856933 |
| 07/17 | 2,426.36 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00394834380 |
| 07/24 | 3,386.99 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00395582969 |
| 07/31 | 2,915.86 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00396406038 |

## Daily Balance Summary

| Date  | Amount   | Date  | Amount   | Date  | Amount   |
|-------|----------|-------|----------|-------|----------|
| 07/02 | 4,044.45 | 07/10 | 2,051.69 | 07/23 | 100.00   |
| 07/03 | 2,684.21 | 07/13 | 100.00   | 07/24 | 3,486.99 |
| 07/06 | 389.70   | 07/17 | 2,108.04 | 07/27 | 100.00   |
| 07/07 | 100.00   | 07/20 | 311.93   | 07/31 | 3,015.86 |
| 07/09 | 3,727.94 | 07/22 | 244.85   |       |          |

FIFTH THIRD BANK

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BOBST COLLISION INC
DEBTOR IN POSSESION
2918 PARSONS AVE
COLUMBUS OH  43207-3053

Statement Period Date: 7/1/2015 - 7/31/2015
Account Type: Business Standard Ckg
Account Number:         3721

Banking Center: South High
Banking Center Phone: 614-492-8888
Business Banking Support: 877-534-2264

0

10244

## Account Summary - ████3721

| Date | | Description | Amount | | |
|------|---|-------------|--------|---|---|
| 07/01 | | Beginning Balance | $1,458.80 | Number of Days in Period | 31 |
| | 1 | Checks | $(1,709.86) | | |
| | 6 | Withdrawals / Debits | $(11,107.02) | | |
| | 6 | Deposits / Credits | $11,508.22 | | |
| 07/31 | | Ending Balance | $150.14 | | |

**Analysis Period: 06/01/15 - 06/30/15**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$11.00 |
| **Service Charge withdrawn on 07/10/15** | **$0.00** |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $3,500 across its business checking, savings, and certificate of deposit accounts.

**OR** your business spends at least $500 per month on its business credit card.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **Yes** |
| Total Combined Monthly Average Balance | $9,983.29 |
| | |
| **Other Criteria Met?** | No |
| $500 Business Credit Card Spend? | No |

## Check

**1 check totaling $1,709.8**

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount |
|--------|-----------|--------|
| 4505 i | 07/30 | 1,709.86 |

## Withdrawals / Debits

**6 items totaling $11,107.02**

| Date | Amount | Description |
|------|--------|-------------|
| 07/01 | 1,308.66 | IRS USATAXPYMT 270558212333566 BOBST COLLISION INC 070115 |
| 07/08 | 1,212.16 | IRS USATAXPYMT 270558985827593 BOBST COLLISION INC 070815 |
| 07/15 | 1,236.58 | IRS USATAXPYMT 270559611178219 BOBST COLLISION INC 071515 |
| 07/22 | 926.00 | IRS USATAXPYMT 270560362816821 BOBST COLLISION INC 072215 |
| 07/27 | 5,209.76 | 8013OHIO-TAXOSUT ODTSALETX OH SALESTX 000000054770702 BOBST COLLISIO.BOBST- 072715 |
| 07/29 | 1,213.86 | IRS USATAXPYMT 270561041855283 BOBST COLLISION INC 072915 |

FIFTH THIRD BANK

## Deposits / Credits

**6 items totaling $11,508.22**

| Date | Amount | Description |
|---|---|---|
| 07/07 | 1,212.16 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00393631135 |
| 07/14 | 1,236.58 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00394419326 |
| 07/21 | 926.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00395195772 |
| 07/23 | 5,209.76 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00395409689 |
| 07/27 | 1,709.86 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00395857530 |
| 07/28 | 1,213.86 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00395941595 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01 | 150.14 | 07/15 | 150.14 | 07/27 | 1,860.00 |
| 07/07 | 1,362.30 | 07/21 | 1,076.14 | 07/28 | 3,073.86 |
| 07/08 | 150.14 | 07/22 | 150.14 | 07/29 | 1,860.00 |
| 07/14 | 1,386.72 | 07/23 | 5,359.90 | 07/30 | 150.14 |