**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: January 13, 2016**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| *In re*: : | |
| : | Case No. 15-51527 |
| BOBST COLLISION, INC.,   : | Chapter 11 |
| : | Judge Hoffman |
| *Debtor*. : | |

### ORDER SETTING HEARING ON APPROVAL OF THE
### DISCLOSURE STATEMENT AND NOTICE THEREOF

This matter is before the Court on the proposed disclosure statement (Doc. 67) ("Disclosure Statement") and the proposed plan of reorganization (Doc. 66) ("Plan"), filed by the Debtor on December 7, 2015. It is hereby **ORDERED** and **NOTICE** is hereby given, that:

1. A hearing on approval of the Disclosure Statement shall be held on **February 18, 2016** at **9:30 a.m.** before the Hon. John E. Hoffman, Jr., in Courtroom A, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio. For cause shown, the hearing may be continued from time to time by order made in open court without further notice.

2. Objections to the Disclosure Statement shall be filed with the Court and served on the Debtor, any trustee or committee appointed under the Bankruptcy Code and the United States Trustee by no later than **4:00 p.m. on February 16, 2016**.

3. The Debtor shall mail a copy of this order and notice to all creditors and parties in interest in this case by **January 15, 2016**. **Further**, **by January 15, 2016**, the Debtor shall mail a copy of the Disclosure Statement and Plan, pursuant to Federal Rule Bankruptcy Procedure 3017, to any trustee or committee appointed under the Bankruptcy Code, the Securities and Exchange Commission, any party in interest who has requested in writing a copy of the Disclosure Statement and/or Plan, and the United States Trustee. **Further**, **by January 15, 2016**, the Debtor shall file a certificate of service evidencing compliance with the requirements of this paragraph.

4. Requests for copies of the Disclosure Statement and Plan should be directed to the attorney for the proponent of the Plan: Garry A. Sabol, 1530 Demorest Road, Columbus, OH 43228.

**IT IS SO ORDERED**.

Copies to:

Debtor to send a copy of this order to all creditors and parties in interest.

# # #