**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 4, 2016**

_____

B15-12639

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | CASE NO. 15-51527 |
| Bobst Collision, Inc. | CHAPTER 11 |
| Debtor | JUDGE JOHN E. HOFFMAN, JR. |
| | **(2918 Parsons  Avenue, Columbus, OH 43207)** |

**AGREED ORDER RESOLVING OBJECTION OF BAYVIEW LOAN SERVICING TO DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN (DOC 69)**

This matter is before the Court on the Objection to Disclosure Statement and Confirmation of Plan filed by Bayview Loan Servicing, LLC ("Creditor") on December 21, 2015, docket document 69. Creditor and Debtor have resolved their dispute regarding the Objection.  The parties agree that Creditor's claim will be paid in the secured amount of $275,000.00, and Creditor will re-amortize the loan over thirty (30) years at a 5.5% interest rate.  The balance will be paid as an unsecured claim.  Debtor will be responsible for maintaining real estate taxes and homeowner's

insurance.  The parties are in agreement that this is not a permanent modification of the account

and Creditor shall not waive the total amount due from the account until and unless this case

completes through discharge under Chapter 11 of the bankruptcy code.  In the event this case

dismisses prior to discharge, the original terms of the note would be re-applied to the account.

Subject to this condition, Creditor agrees to withdraw its Objection to Disclosure Statement and

Confirmation.

      Creditor's Objection is hereby WITHDRAWN.

      **IT IS SO ORDERED:**

SUBMITTED AND APPROVED BY:

**/s/ LeAnn E. Covey**
LeAnn E. Covey #0083289
Attorney for Creditor
4500 Courthouse Blvd, Suite 400
Stow, OH 44224
(330) 436-0300 – ext. 2263
(330) 436-0301 fax
bknotice@johndclunk.com

**/s/ Garry A. Sabol**
Garry A. Sabol #0002004
Attorney for Debtor
1530 Demorest Road
Columbus, OH 43228
sabolg@yahoo.com
(614) 871-8970 – phone
(614) 871-5297– fax

**/s/ Jeremy Shane Flannery**
Jeremy Shane Flannery
Office of the United States Trustee
170 North High Street, Suite 200
Columbus, OH 43215
614-469-7411-phone
614-436-7447-fax
Jeremy.S.Flannery@usdoj.gov

**SERVICE LIST**

DEFAULT LIST

LeAnn E. Covey
4500 Courthouse Blvd, Suite 400
Stow, OH 44224

# # #