**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 11, 2016**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:  15-51527 |
| | : | |
| BOBST COLLISION, INC. | : | CHAPTER:  11 |
| | : | |
| Debtor. | : | JUDGE:  HOFFMAN |

<u>ORDER ON MOTION TO CONTINUE HEARING
ON APPROVAL OF DISCLOSURE STATEMENT</u>
[Doc. No. 88]

This matter is before the Court on the Debtor's Motion to Continue the Hearing on Approval of Disclosure Statement (Doc. No. 88) (the "Motion"). The U.S. Trustee has agreed to the continuance. The Court has reviewed the Motion and finding good cause to grant the relief requested thereto approves same.

It is therefore **ORDERED** that the Hearing on Approval of Disclosure Statement is hereby continued until further order of the Court.

**IT IS SO ORDERED.**

Copies to:

Default List Plus Top 20

###