**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 11, 2016**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:  15-51527 |
| | : | |
| BOBST COLLISION, INC. | : | CHAPTER:  11 |
| | : | |
| Debtor. | : | JUDGE:  HOFFMAN |

### ORDER GRANTING DEBTOR'S MOTION
### EXTENDING THE CONFIRMATION DEADLINE
### [Doc. No. 90]

This matter is before the Court on the Debtor's Motion for Order Extending the Confirmation Deadline [Doc. No. 90] (the "Motion") having been filed and notice served as required on March 11, 2016.  No timely responses or objections having been filed, the Court finds that the relief requested should be granted.   Good cause appearing:

**IT IS HEREBY ORDERED** that Debtor's Motion for Order Extending the Confirmation Deadline [Docket No. 90] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the confirmation deadline for Debtor's Small Business Plan of Reorganization is hereby extended up to and including August 30, 2016.

**IT IS SO ORDERED.**

Copies to:

Default List Plus Top 20

###