IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:   15-51527 |
| | : | |
| **BOBST COLLISION, INC.** | : | CHAPTER:   11 |
| | : | |
| Debtor. | : | JUDGE:   HOFFMAN |

## MEMORANDUM CONTRA TO RESPONSE OF STATE OF OHIO CLAIM #3

Now comes the Debtor, **Bobst Collision, Inc.**, by and through counsel, and states in contra to the Response to Objection to Proof of Claim of the State of Ohio (Claim #3) that the Debtor is reviewing its records with those of the State of Ohio, and Roy Lucas, CPA for Debtor, has contacted and is working with the State of Ohio to schedule a meeting to resolve this issue.

Respectfully submitted,

/s/ Garry A. Sabol
Garry A. Sabol (0002004)
Attorney for Debtor
1530 Demorest Drive
Columbus, OH 43228
(614) 871-8970
(614) 871-5297 Fax
sabolg@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached Memorandum Contra was served this date on the parties whose names and addresses are listed below by regular U.S. mail, postage prepaid, or electronically through the Court's ECF System.

Dated:   4/15/16

                    /s/ Garry A. Sabol
                    Garry A. Sabol
                    Attorney for Debtor

**Regular U.S. Mail, postage pre-paid:**

Bobst Collision, Inc.
2918 Parsons Avenue
Columbus, OH 43207-3053

State of Ohio, Attorney General
c/o Erin M. Dooley, Esq.
6305 Emerald Parkway
Dublin, OH 43016

**and by electronic mail to**:

Brian Gianangeli
Attorney for Ohio Department of Taxation

U.S. Trustee