**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 18, 2016**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| *In re*: | : | |
| | : | Case No. 15-51527 |
| BOBST COLLISION, INC., | : | Chapter 11 |
| | : | Judge Hoffman |
| *Debtor*. | : | |

### ORDER REQUIRING JOINT STATUS
### REPORT RE: OBJECTION TO CLAIM AND
### SETTING STATUS CONFERENCE

This matter is before the Court on the objection to claim 2 (Doc. 94) filed by the Debtor on March 17, 2016 and the response (Doc. 107) filed by Creditor Ohio Bureau of Workers' Compensation ("Claimant") on April 15, 2016.

To assist the Court in determining what proceeding may be most appropriate in this matter, counsel for the parties (and/or any party appearing *pro se*) are hereby directed to confer and file with the Court not later than **May 6, 2016** a completed Joint Status Report in the form attached hereto. Please note: parties may complete the form by hand, so long as handwriting is legible.

A status conference will be held on **May 13, 2016 at 10:00 a.m.** in Courtroom A, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215.

**IT IS SO ORDERED**.

Copies to:

Default List
Erin M. Dooley, Attorney for Claimant

[SEE ATTACHMENT]

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

*In re*:                                                                :
                                                                          :         Case No.
                                                                          :         Chapter 13
                                                                          :         Judge Hoffman
          *Debtor*.                                              :
                                                                          :

**JOINT STATUS REPORT
RE: OBJECTION TO CLAIM**

This matter is before the Court following the parties' conference regarding the objection filed

by _____ to the claim of _____

_____. The parties hereby submit the following Status Report:

Claimant:_____ Claim No._____

___ Administrative     ___ Secured     ___ Unsecured Priority     ___ General Unsecured

Claim Amount_____

Claim Bar Date _____   Date claim was filed: _____

Basis of Objection to Claim:_____
_____
_____

Basis of Response in Opposition:_____
_____
_____

Short Statement of Issues to be Determined: _____
_____
_____
_____
_____

1. Are all necessary documents available? _____ Yes _____ No
2. How long until documents can be produced? _____
3. Have all documents been exchanged? _____ Yes _____ No
4. Is additional time needed for discovery? _____ Yes _____ No
5. How much additional discovery time is needed? _____
6. Would a pretrial/settlement conference be beneficial? _____ Yes _____ No
7. Would this matter be best resolved by a prompt hearing on the merits? _____ Yes ____ No
8. Do parties anticipate calling witnesses at a hearing on the merits? _____ Yes _____ No
9. Have the parties exchanged witness lists? _____ Yes _____ No
10. By what date will the parties be prepared to present a hearing on the merits? _____
11. Have the parties made a good-faith attempt (at least one offer and counter-offer by a party with authority to settle) to resolve this matter? _____ Yes _____ No

Please list any additional information that would aid the Court in scheduling or resolving this matter:
_____
_____
_____
_____
_____
_____
_____

Respectfully submitted,


_____                    _____
Attorney for Objecting Party                      Attorney for Claimant
Bar No._____                    Bar No. _____

_____                    _____
_____                    _____
_____                    _____
Phone_____                    Phone_____
Fax_____                    Fax _____
e-mail_____                   e-mail _____

Dated:_____                   Dated: _____

# # #