**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 18, 2016**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| *In re*: | : |
| | : Case No. 15-51527 |
| BOBST COLLISION, INC., | : Chapter 11 |
| | : Judge Hoffman |
| *Debtor*. | : |

### ORDER REQUIRING JOINT STATUS REPORT RE: OBJECTION TO CLAIM AND SETTING STATUS CONFERENCE

This matter is before the Court on the objection to claim 2 (Doc. 94) filed by the Debtor on March 17, 2016 and the response (Doc. 107) filed by Creditor Ohio Bureau of Workers' Compensation ("Claimant") on April 15, 2016.

To assist the Court in determining what proceeding may be most appropriate in this matter, counsel for the parties (and/or any party appearing *pro se*) are hereby directed to confer and file with the Court not later than **May 6, 2016** a completed Joint Status Report in the form attached hereto. Please note: parties may complete the form by hand, so long as handwriting is legible.

      A status conference will be held on **May 13, 2016 at 10:00 a.m.** in Courtroom A, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215.

      **IT IS SO ORDERED**.

Copies to:

Default List
Erin M. Dooley, Attorney for Claimant

                      [SEE ATTACHMENT]

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

*In re*:                                                :
                                                        :              Case No.
                                                        :              Chapter 13
                                                        :              Judge Hoffman
         *Debtor*.                                      :
                                                        :

**JOINT STATUS REPORT
RE: OBJECTION TO CLAIM**

This matter is before the Court following the parties' conference regarding the objection filed by _____ to the claim of _____

_____. The parties hereby submit the following Status Report:

Claimant:_____ Claim No._____

___ Administrative     ___ Secured     ___ Unsecured Priority     ___ General Unsecured

Claim Amount_____

Claim Bar Date _____     Date claim was filed: _____

Basis of Objection to Claim:_____
_____
_____

Basis of Response in Opposition:_____
_____
_____

Short Statement of Issues to be Determined: _____
_____
_____
_____
_____

1. Are all necessary documents available? _____ Yes _____ No
2. How long until documents can be produced? _____
3. Have all documents been exchanged? _____ Yes _____ No
4. Is additional time needed for discovery? _____ Yes _____ No
5. How much additional discovery time is needed? _____
6. Would a pretrial/settlement conference be beneficial? _____ Yes _____ No
7. Would this matter be best resolved by a prompt hearing on the merits? _____ Yes ____ No
8. Do parties anticipate calling witnesses at a hearing on the merits? _____ Yes _____ No
9. Have the parties exchanged witness lists? _____ Yes _____ No
10. By what date will the parties be prepared to present a hearing on the merits? _____
11. Have the parties made a good-faith attempt (at least one offer and counter-offer by a party with authority to settle) to resolve this matter? _____ Yes _____ No

Please list any additional information that would aid the Court in scheduling or resolving this matter:
_____
_____
_____
_____
_____
_____
_____

Respectfully submitted,


_____                    _____
Attorney for Objecting Party                      Attorney for Claimant
Bar No._____                    Bar No. _____

_____                    _____
_____                    _____
_____                    _____
Phone_____                     Phone_____
Fax_____                     Fax _____
e-mail_____                    e-mail _____

Dated:_____                    Dated: _____

# # #

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                  Case No. 15-51527-jeh
Bobst Collision, Inc.                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-2            User: poseyd              Page 1 of 1             Date Rcvd: Apr 19, 2016
                                Form ID: pdf01            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2016.
dbpos          +Bobst Collision, Inc.,   2918 Parsons Avenue,   Columbus, OH 43207-3053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2016 at the address(es) listed below:
              Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
              Bethany   Hamilton    on behalf of Creditor    Internal Revenue Service USAOHS.ECFColBank@usdoj.gov
              Brian M Gianangeli    on behalf of Creditor    Ohio Department of Taxation bgianangeli@mifsudlaw.com
              Erin Marie Dooley    on behalf of Creditor    Ohio Bureau of Workers' Compensation
               Erin.Dooley@mifsudlaw.com, dooley.erin@gmail.com;brian.gianangeli@mifsudlaw.com
              Erin Marie Dooley    on behalf of Creditor    Ohio Department of Taxation Erin.Dooley@mifsudlaw.com,
               dooley.erin@gmail.com;brian.gianangeli@mifsudlaw.com
              Garry A Sabol    on behalf of Debtor In Possession    Bobst Collision, Inc. sabolg@yahoo.com
              Jeremy Shane Flannery    on behalf of U.S. Trustee    Asst US Trustee (Col)
               Jeremy.S.Flannery@usdoj.gov
              LeAnn E Covey    on behalf of Creditor    Bayview Loan Servicing, LLC bknotice@johndclunk.com
                                                                                                   TOTAL: 8