**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

*In re:*

|  |  |  |
|---|---|---|
|  | : | Case No. 15-51527 |
| Bobst Collision, Inc. | : | Chapter 11 |
|  | : | Judge Hoffman |
| Debtor. | : |  |

**JOINT STATUS REPORT**
**RE: OBJECTION TO CLAIM**

This matter is before the Court following the parties' conference regarding the objection filed by Debtor [Docket No. 94] to the claim of the Ohio Bureau of Workers' Compensation ("BWC") and the response of BWC [Docket No. 107]. The parties hereby submit the following Status Report:

Claimant: Ohio Bureau of Workers' Compensation   Claim No. 2

___ Administrative   _X_ Secured   ___ Unsecured Priority   ___ General Unsecured

Claim Amount $281,332.62

Claim Bar Date 7/22/2015          Date claim filed 6/16/2015

Basis of Objection to Claim:  Debtor states that the claim is fraudulent.

Basis of Response in Opposition:  Creditor believes Debtor's objection is without merit. Debtor failed to comply with the obligation to pay workers' compensation premiums as required by O.R.C. §4123.35. Employees suffered injuries during lapses in coverage. Debtor did not appeal BWC's decision to pay the injured worker claims allowing those decisions to become final and payments to be made to the workers.  Debtor had the opportunity to litigate these matters and failed to do so.  Debtor is now responsible for the costs of the claims under O.R.C. 4123.

Short Statement of Issues to be Determined:  Whether Debtor is liable for the cost of the injured worker claims under O.R.C. 4123.

1. Are all necessary documents available?  X  Yes ___ No
2. How long until documents can be produced?   30 days
3. Have all documents been exchanged? No
4. Is additional time needed for discover? Yes
5. How much additional time is needed? 60 days
6. Would a pretrial/settlement conference be beneficial? Yes
7. Would this matter be best resolved by a prompt hearing on the merits? No
8. Do parties anticipate calling witnesses at a hearing on the merits? Yes
9. Have the parties exchanged witness lists? No
10. By what date will the parties be prepared to present a hearing on the merits? 8/1/2016
11. Have the parties made a good faith attempt (at least one offer and counter-offer by a party with authority to settle) to resolve this matter?  No

Please list any additional information that would aid the Court in scheduling or resolving this matter:

Respectfully submitted,

/s/ Gary A. Sabol
Attorney for Objecting Party
Gary A. Sabol (Bar No. 0038785)
1530 Demorest Drive
Columbus, Ohio 43228
Phone – (614) 871-8970
Fax – (614) 871-5297
Email: sabolg@yahoo.com
Dated:  May 6, 2016

/s/ Erin M. Dooley
Attorneys for Claimant
Erin M. Dooley (Bar No. 0089092)
Brian M. Gianangeli (0072028)
Charles A. Mifsud (0070498)
Special Counsel to the Attorney General
THE LAW OFFICE OF
CHARLES MIFSUD, LLC
6305 Emerald Parkway
Dublin, Ohio 43016
Phone – (614) 389-6401
Fax – (614) 389-2294
Email: erin.dooley@mifsudlaw.com
Dated:  May 6, 2016

###