**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | |
|---|---|
| *In re:* : | |
| : | Case No. 15-51527 |
| Bobst Collision, Inc. : | Chapter 11 |
| : | Judge Hoffman |
| Debtor. : | |

**JOINT STATUS REPORT**
**RE: OBJECTION TO CLAIM**

This matter is before the Court following the parties' conference regarding the objection filed by Debtor [Docket No. 85] to the claim of the Ohio Department of Taxation ("DOT") and the response of DOT [Docket No. 97]. The parties hereby submit the following Status Report:

Claimant: Ohio Department of Taxation    Claim No. 3

___ Administrative    ___ Secured    _X_ Unsecured Priority    _X_ General Unsecured

Claim Amount $92,428.72

Claim Bar Date 7/22/2015        Date claim filed 6/17/2015

Basis of Objection to Claim:  Debtor states it has made substantial payments to the State of Ohio, Department of Taxation that are not reflected in the Proof of Claim and also questions the breakdown of the taxes owed, penalty and interest assessed.

Basis of Response in Opposition:  Creditor states that the tax amounts due are based either on the taxes reported by debtor on filed returns or estimated as permitted by Ohio Revised Code 5747.13(A) and 5751.09(A) due to Debtor's failure to file a return.  In regard to the interest and penalty amounts, such amounts were properly assessed as permitted in the relevant Ohio Revised Code sections.

Short Statement of Issues to be Determined:  Whether Debtor can now challenge the assessments after failing to timely appeal them and, if so, whether the amounts are properly assessed under Ohio law.

1. Are all necessary documents available?  X  Yes ___ No
2. How long until documents can be produced?  30 days
3. Have all documents been exchanged?  No
4. Is additional time needed for discover?  Yes
5. How much additional time is needed?  60 days
6. Would a pretrial/settlement conference be beneficial?  Yes
7. Would this matter be best resolved by a prompt hearing on the merits?  No
8. Do parties anticipate calling witnesses at a hearing on the merits?  No
9. Have the parties exchanged witness lists?  No
10. By what date will the parties be prepared to present a hearing on the merits? 8/1/2016
11. Have the parties made a good faith attempt (at least one offer and counter-offer by a party with authority to settle) to resolve this matter?  No

Please list any additional information that would aid the Court in scheduling or resolving this matter:  DOT has supplied Debtor with a breakdown of all amounts owed, the statutory framework for the calculation of interest and penalties and the periods for which returns have not been filed.  Debtor is in the process of reviewing its records and comparing those to the records provided by the DOT.  DOT will review any missing returns submitted by Debtor and adjust its estimated assessments as warranted.

Respectfully submitted,

| | |
|---|---|
| /s/ Gary A. Sabol | /s/ Erin M. Dooley |
| Attorney for Objecting Party | Attorneys for Claimant |
| Gary A. Sabol (Bar No. 0038785) | Erin M. Dooley (Bar No. 0089092) |
| 1530 Demorest Drive | Brian M. Gianangeli (0072028) |
| Columbus, Ohio 43228 | Charles A. Mifsud (0070498) |
| Phone – (614) 871-8970 | Special Counsel to the Attorney General |
| Fax – (614) 871-5297 | THE LAW OFFICE OF |
| Email: sabolg@yahoo.com | CHARLES MIFSUD, LLC |
| Dated:  May 6, 2016 | 6305 Emerald Parkway |
| | Dublin, Ohio 43016 |
| | Phone – (614) 389-6401 |
| | Fax – (614) 389-2294 |
| | Email: erin.dooley@mifsudlaw.com |
| | Dated:  May 6, 2016 |

###