UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

In re: BOBST COLLISION, INC.

Debtor.

Case No. 15-51527
Chapter 11
Judge Hoffman

## JOINT STATUS REPORT
### RE: OBJECTION TO CLAIM

This matter is before the Court following the parties' conference regarding the objection filed by BOBST COLLISION, INC. to the claim of INTERNAL REVENUE SERVICE. The parties hereby submit the following Status Report:

Claimant: INTERNAL REVENUE SERVICE  Claim No. 1

___ Administrative   X Secured   ___ Unsecured Priority   ___ General Unsecured

Claim Amount $ 298,865.31

Claim Bar Date: 7/22/15     Date claim was filed: 3/24/15

Basis of Objection to Claim: DEBTOR OBJECTED TO THE TOTAL AMOUNT CLAIMED.

Basis of Response in Opposition: THE CLAIM OF THE IRS WAS ACCURATELY FILED. TRANSCRIPTS WERE PROVIDED TO DEBTOR'S ATTORNEY; NO CONTACT BY COUNSEL TO REQUESTS FOR ASSISTANCE BY IRS COUNSEL

Short Statement of Issues to be Determined: AFTER SAID MEETING, DEBTOR IS RESEARCHING RECORDS TO DETERMINE THE ACCURACY OF SAID CLAIM.

1. Are all necessary documents available? _____ Yes ✓ No
2. How long until documents can be produced? __30 DAYS__
3. Have all documents been exchanged? _____ Yes ✓ No
4. Is additional time needed for discovery? ✓ Yes _____ No
5. How much additional discovery time is needed? __30 DAYS__
6. Would a pretrial/settlement conference be beneficial? _____ Yes ✓ No
7. Would this matter be best resolved by a prompt hearing on the merits? _____ Yes ✓ No
8. Do parties anticipate calling witnesses at a hearing on the merits? _____ Yes _____ No ✓ UNKNOWN AT PRESENT
9. Have the parties exchanged witness lists? _____ Yes ✓ No
10. By what date will the parties be prepared to present a hearing on the merits? __6/30/16__
11. Have the parties made a good-faith attempt (at least one offer and counter-offer by a party with authority to settle) to resolve this matter? ✓ Yes _____ No

Please list any additional information that would aid the Court in scheduling or resolving this matter: __DEBTOR IS RESEARCHING RECORDS AS TO PAYMENTS ALLEGEDLY MADE ON BEHALF OF DEBTOR BY A THIRD PARTY (DEBT RELIEF AGENCY) TO DETERMINE THE EXTENT OF PAYMENTS MADE TO IRS.__

Respectfully submitted,

/s/ GARRY A. SABOL
Attorney for Objecting Party
Bar No. CC02004

GARRY A. SABOL
1530 DEMOREST ROAD
COLUMBUS, OH 43228
Phone (614) 871-8970
Fax (614) 871-5297
e-mail Sabolg@yahoo.com

Dated: 5/6/15

/s/ BETHANY HAMILTON
Attorney for Claimant
Bar No. 0075139

ASSISTANT U.S. ATTORNEY
303 MARCONI BLVD, SUITE 200
COLUMBUS, OH 43215
Phone (614) 469-5715
Fax (614) 469-5240
e-mail bethany.hamilton@usdoj.gov

Dated: 5/6/15

# # #