Form 30stathg

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re:  Bobst Collision, Inc.

       Debtor(s)

SSN/TAX ID:
    30–0076136

Case No.: 2:15–bk–51527

Chapter: 11

Judge:  John E. Hoffman Jr.

---

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that a status conference will be held at:

**ADDRESS:** Courtroom A, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215

**DATE:**     7/6/16

**TIME:**     02:00 PM

    **TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court:

The Court, having reviewed the joint status reports filed by the parties in connection with objections to claims (Docs. 84, 85, 87 and 94), hereby schedules a status conference before the Hon. John E. Hoffman, Jr. on July 6, 2016 at 10:00 in Courtroom A.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: May 11, 2016

                                FOR THE COURT:
                                Kenneth Jordan
                                Clerk, U.S. Bankruptcy Court