# Bobst Collision, Inc.

# April 2016

# Financial Reports and Certification

# Of Compliance Filed with

# United States Trustee

*Bobst Collision, Inc.*                                                                      5/14/2016

**TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE TAX PERIOD: April, 2016**

|  |  |
|---|---|
| CASE No.: | 2:15-BK-51527 |
| Chapter 11 | |
| Judge: | John E. Hoffman, Jr. |

Bobst Collision, Inc.
_____
                Debtor

As debtor in possession, I affirm:

1        That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting
practices, and fairly and accurately reflect the debtor's financial activity for the period stated.

2        That the insurance, including worker's compensation and unemployment insurance
as described in Section 4 pf the Reporting Requirements for Chapter 11 cases is in effect, and
(if not, attach a written explanation)        YES___X___        NO _____

3        That all postpetition taxes as described in Sections 1 and 14 of the Operating
instructions and Reporting Requirements for Chapter 11 cases are current.
(if not, attach a written explanation)        YES___X___        NO _____

4        No professional fees (attorney, accountant, etc.) have been paid without specific
court authorization.
(if not, attach a written explanation)        YES___X___        NO _____

5        All United States Trustee Quarterly fees have been paid and are current.
                                                        YES___X___        NO _____

6        Have you filed your prepetition tax returns.
(if not, attach a written explanation)        YES___X___        NO _____

I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

|  |  |
|---|---|
| | **Bobst Collision, Inc.** |
| D.ted:    5/14/2016 | **Debtor in Possession, by** |
| | **Name:** |
| | **Roy D. Lucas** |
| | **Title:** |
| | **Certified Public Accountant** |
| | **Phone:** |
| | **614-861-2869** |

Form 1

5/14/2016

***OPERATING STATEMENT***

*Bobst Collision, Inc.*

***Period Ending: April 30, 2016***

Case No: 2:15-BK-51527

| | **(April)** |
|---|---|
| | Current Month |
| Total Revenue/Sales | 65,904.74 |
| Cost of Sales | 24,812.96 |
| | |
| GROSS PROFIT | 41,091.78 |
| | |
| EXPENSES: | |
| | |
| Officer Compensation | 1,860.00 |
| Salary Expenses Other Employees | 28,718.37 (5-week) |
| Employee Benefits & Pensions | 1,327.23 |
| Payroll Taxes | 2,270.13 |
| Other Taxes | |
| Rent and Lease Expense | 921.28 |
| Interest Expense | 0.00 |
| Insurance | 962.96 |
| Automobile and Truck Expense | 319.94 |
| Utilities (gas, electric, phone) | 1,067.52 |
| Depreciation | |
| Travel and Entertainment | |
| Repairs and Maintenance | 542.37 |
| Advertising | 109.65 |
| Supplies, Office Expense, etc. | 35.89 |
| Other - Specify dues/sub/lic | 300.00 |
| Other - Specify Uniforms/shop | 354.58 |
| | |
| TOTAL EXPENSES: | 38,789.92 |
| | |
| NET OPERATING PROFIT (LOSS) | 2,301.86 |
| | |
| Add: Non-Operating Income: | |
| Interest Income | |
| Other Income | 0.00 |
| | |
| Less: Non-Operating Expense: | |
| Professional Fees | 940.50 |
| Other(Ch. 11 Fees) | 0.00 |
| | |
| NET INCOME/(LOSS) | 1,361.36 |

Form 2

5/14/2016

**Bobst Collision, Inc.**
**Balance Sheet Monthly Reporting**
**APRIL, 2016**

Case No: 2:15-BK-51527

| | (April) Current Month | Total Prior Month | (March 16, 2015) At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | 21,853.27 | 26,459.11 | 365.00 |
| Inventory: | | | |
| Accounts Receivable: | 29,576.36 | 26,864.48 | 29,788.75 |
| Insider Receivables: | | | |
| Land and Buildings: | 371,200.00 | 367,000.00 | 367,000.00 |
| Furniture., Fixtures, & Equip. | 103,021.40 | 103,021.40 | 101,816.40 |
| Accumulated Depreciation | -54,210.83 | -54,210.83 | -54,210.83 |
| Other: Work in Progress | 30,491.80 | 30,491.80 | |
| Other: | | | |
| **TOTAL ASSETS:** | 501,932.00 | 499,625.96 | 444,759.32 |
| | | | |
| **LIABILITIES:** | | | |
| Post Petition Liabilities | | | |
| Accounts Payable | 23,237.35 | 20,307.46 | |
| Rent and Lease Payable | | | |
| Wages and Salaries Pay. | | | |
| Taxes Payable | 14,892.83 | 16,378.04 | |
| Other: | | | |
| **TOTAL Postpetition Liab.:** | 38,130.18 | 36,685.50 | 0.00 |
| | | | |
| **SECURED LIABILITIES:** | | | |
| Subject to Postpetition | 629,194.95 | 629,194.95 | 673,910.73 |
| Collateral or Financing Order: | | | |
| All Other Secured Liabilities | | | |
| **TOTAL Secured Liabilities:** | 629,194.95 | 629,194.95 | 673,910.73 |
| | | | |
| **PREPETITION LIABILITIES:** | | | |
| Taxes & Other Priority Liabilities | | | 11,903.59 |
| Unsecured Liabilities: | 25,463.72 | 25,463.72 | 25,463.72 |
| Other: | | | |
| **TOTAL Prepetition Liab.** | 25,463.72 | 25,463.72 | 37,367.31 |
| | | | |
| **EQUITY:** | | | |
| Owners Capital: | 14,230.23 | 14,730.23 | 15,230.23 |
| Retained Earnings - Pre Pet. | -281,748.95 | -281,748.95 | -281,748.95 |
| Retained Earnings - Post Pet. | 76,661.87 | 75,300.51 | |
| **TOTAL Equity** | -190,856.85 | -191,718.21 | -266,518.72 |
| | | | |
| **TOTAL LIABILITIES AND EQUITY** | 501,932.00 | 499,625.96 | 444,759.32 |

Form 3

## Bobst Collision, Inc.
SUMMARY OF PAYABLES AND RECEIVABLES
Period Ended: APRIL, 2016

5/14/2016

Case No: 2:15-BK-51527

### Schedule of Postpetition Taxes Payable

|  | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** |  |  |  |  |
| Federal: | 0.00 | 2,625.00 | 2,144.00 | 481.00 |
| State: | 1,737.35 | 708.27 | 1,737.35 | 708.27 |
| Local: | 1,843.62 | 741.92 | 1,843.62 | 741.92 |
| FICA Withheld: | 0.00 | 1,839.85 | 1,512.18 | 327.67 |
| Employers FICA: | 0.00 | 1,839.85 | 1,512.18 | 327.67 |
| **Unemployment Tax:** |  |  |  |  |
| Federal: | 664.48 | 36.27 | 0.00 | 700.75 |
| State: | 5,937.17 | 725.53 | 0.00 | 6,662.70 |
| Sales, Use & Excise Taxes: | 5,839.86 | 4,942.85 | 5,839.86 | 4,942.85 |
| Property Taxes: | 0.00 | 0.00 | 0.00 | 0.00 |
| Worker's Compensation: | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: |  |  |  |  |
| **TOTALS:** | 16,022.48 | 13,459.54 | 14,589.19 | 14,892.83 |

### AGING OF ACCOUNTS RECEIVABLE
### AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days: | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| **Post Petition Accounts Payable:** | 23,237.35 |  |  |
| **Accounts Receivable:** | 28,655.52 | 920.84 |  |

Fo. all postpetition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization.

_____
_____
_____
_____

Form 4

## Bobst Collision, Inc.

5/14/2016

MONTHLY CASH REPORT
Period Ended: APRIL, 2016

Case No:  2:15-BK-51527

|  |  | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | 26,259.11 | 100.00 | 100.00 |  |  |
| B. | Receipts | 69,594.32 | 18,812.28 | 14,393.26 |  |  |
| C. | Balance Available (A + B) | 95,853.43 | 18,912.28 | 14,493.26 |  |  |
| D. | Less: Disbursements (Attach separate schedule) | 74,200.16 | 18,812.28 | 14,393.26 |  |  |
| E. | Ending Balance (C - D) | 21,653.27 | 100.00 | 100.00 | 0.00 | 0.00 |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
    1. Depository Name & Location    Fifth/Third
    2. Account Number (last 4 digits only)    3713

Payroll Account:
    1. Depository Name & Location    Fifth/Third
    2. Account Number (last 4 digits only)    3739

Tax Account:
    1. Depository Name & Location    Fifth/Third
    2. Account Number (last 4 digits only)    3721

Other monies on hand (specify type and location) i.e., CD's bonds, ect.

Form 5

*Bobst Collision, Inc.*                                                  5/14/2016
*CASH REPORT*
(BASED UPON A CONSOLIDATED ACCOUNTING OF ALL D-I-P ACCOUNTS)

CASE NAME:              **Bobst Collision, Inc.**

CASE NUMBER            **2:15-BK-51527**

MONTH AND YEAR:        **April, 2016**

| | |
|---|---|
| Beginning cash balance (i.e. ending balance from previous report): | $26,459.11 |
| Add: All receipts for the month. Do not include transfers between accounts: | $69,594.32 |
| Deduct: All disbursements for the month. Do not include transfers between accounts. | $74,200.16 |
| Net cash flow (receipts minus disbursements) | -$4,605.84 |
| Ending cash balance (i.e. next month's beginning cash balance) | $21,853.27 |

*******************************************************************************

REPORT OF UNPAID DELINQUENT POST PETITION TAXES

| TAXING AUTHORITY | TAX TYPE | TAX PERIOD | DUE DATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form 5A

**Bobst Collision, Inc.**
**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**
**Period Ending: APRIL, 2016**

Case No.: 2:15-BK-51527

The following information is to be provided for each shareholder, officer, director, manager, Insider, or owner that is employed by the debtor in possession. <u>Attach additional pages if necessary.</u>

| Name: | **Dave Bobst** | Capacity: | X | Shareholder |
|---|---|---|---|---|
| | | | X | Officer |
| | | | X | Director |
| | | | X | Insider |

Detailed Description of Duties: _____

_____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $1,860.00 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | $0.00 |

Current Other Payments Paid:

Rent Paid
Loans
Stockholder Draw
Other (Describe)
Other (Describe)

| Total Other Payments | | 0.00 |
|---|---|---|

| | Weekly | or | Monthly |
|---|---|---|---|
| CURRENT TOTAL OF ALL PAYMENTS: | | | $1,860.00 |

*Roy D. Lucas, CPA*
_____
Principal, Officer, Director, or Insider

Dated:     5/14/16

**Form 6**

**Bobst Collision, Inc.**                                                              5/14/2016
**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**
**Period Ending: APRIL, 2016**

Case No.: 2:15-BK-51527

The following information is to be provided for each shareholder, officer,
director, manager, Insider, or owner that is employed by the debtor in possession.
<u>Attach additional pages if necessary.</u>

Name:    **Sandra Bobst**                          Capacity:    X            Shareholder

                                                                X            Officer

                                                                X            Director

                                                                X            Insider

Detailed Description of Duties:        _____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $0.00 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | $0.00 |

Current Other Payments Paid:

| Rent Paid | |
|---|---|
| Loans | |
| Stockholders Draw | 500.00 |
| Other (Describe) | |
| Other (Describe) | |
| Total Other Payments | 500.00 |

| | Weekly | or | Monthly |
|---|---|---|---|
| CURRENT TOTAL OF ALL PAYMENTS: | | | $500.00 |

*Roy D. Lucas, CPA*
_____
Principal, Officer, Director, or Insider

Dated:        5/14/16

**Form 6(a)**

**Bobst Collision, Inc.**                                                      5/14/2016
*SCHEDULE OF IN-FORCE INSURANCE*
*Period Ending: APRIL, 2016*

**Case Name: 2:15-BK-51527**

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Worker's Compensation | Ohio Bureau of Worker's Comp. | |
| General Business Policy | Auto Owners | |
| Health Insurance | Anthem Blue Cross/Blue Shield | |
| | | |
| | | |
| | | |
| | | |

**Form 7**

**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BOBST COLLISION INC
DEBTOR IN POSSESION
2918 PARSONS AVE
COLUMBUS OH 43207-3053

0

10264

Statement Period Date: 4/1/2016 - 4/30/2016
Account Type: 5/3 Bus Standard Ckg
Account Number ▓▓▓▓3713

Banking Center: South High
Banking Center Phone: 614-492-8888
Business Banking Support: 877-534-2264

---

## Account Summary - ▓▓▓▓3713

| | | | | |
|---|---|---|---|---|
| **04/01** | **Beginning Balance** | **$15,112.58** | Number of Days in Period | 30 |
| 122 | Checks | $(37,187.89) | | |
| 43 | Withdrawals / Debits | $(39,848.20) | | |
| 28 | Deposits / Credits | $69,594.32 | | |
| **04/30** | **Ending Balance** | **$7,670.81** | | |

---

**Analysis Period: 03/01/16 - 03/31/16**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | **-$11.00** |
| CHK DEPOSIT ADJUSTMENT | $12.00 |
| TRANSACTIONS | $29.00 |
| **Service Charge withdrawn on 04/12/16** | **$41.00** |

---

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average
balance of $3,500 across its business checking, savings,
and certificate of deposit accounts.

**OR** your business spends at least $500 per month on
its business credit card.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **Yes** |
| Total Combined Monthly Average Balance | $17,902.38 |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |

---

## Checks

**122 checks totaling $37,187.89**

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 5311 i | 04/08 | 698.00 | 5390 i | 04/06 | 841.00 | 5408 i | 04/08 | 204.66 |
| 5332*i | 04/11 | 106.56 | 5392*i | 04/07 | 356.00 | 5409 i | 04/11 | 303.99 |
| 5364*i | 04/05 | 309.48 | 5393 i | 04/06 | 207.62 | 5410 i | 04/11 | 339.33 |
| 5372*i | 04/05 | 89.00 | 5394 i | 04/06 | 564.00 | 5411 i | 04/11 | 395.04 |
| 5375*i | 04/01 | 249.08 | 5395 i | 04/07 | 50.00 | 5412 i | 04/11 | 153.08 |
| 5376 i | 04/01 | 389.40 | 5396 i | 04/07 | 150.00 | 5413 i | 04/11 | 200.00 |
| 5378*i | 04/01 | 679.65 | 5397 i | 04/07 | 62.05 | 5414 i | 04/12 | 23.94 |
| 5379 i | 04/01 | 18.41 | 5398 i | 04/07 | 145.38 | 5415 i | 04/13 | 103.62 |
| 5380 i | 04/01 | 225.00 | 5399 i | 04/07 | 59.88 | 5416 i | 04/13 | 1,819.76 |
| 5381 i | 04/06 | 1,500.00 | 5400 i | 04/07 | 422.99 | 5418*i | 04/12 | 3.36 |
| 5382 i | 04/04 | 1,328.05 | 5401 i | 04/12 | 179.95 | 5419 i | 04/13 | 75.28 |
| 5383 i | 04/06 | 408.91 | 5402 i | 04/07 | 485.00 | 5420 i | 04/13 | 4.06 |
| 5384 i | 04/15 | 75.00 | 5403 i | 04/08 | 378.87 | 5421 i | 04/21 | 90.00 |
| 5385 i | 04/05 | 214.00 | 5404 i | 04/11 | 300.00 | 5422 i | 04/14 | 80.00 |
| 5387*i | 04/06 | 43.53 | 5405 i | 04/08 | 18.44 | 5424*i | 04/18 | 6.55 |
| 5388 i | 04/05 | 24.34 | 5406 i | 04/08 | 8.20 | 5425 i | 04/14 | 824.40 |
| 5389 i | 04/06 | 19.99 | 5407 i | 04/12 | 142.00 | 5426 i | 04/14 | 95.00 |

**FIFTH THIRD BANK**

## Checks - continued

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 5427 i | 04/15 | 985.82 | 5452 i | 04/20 | 49.47 | 5479 i | 04/27 | 101.43 |
| 5428 i | 04/14 | 145.00 | 5453 i | 04/20 | 123.21 | 5480 i | 04/26 | 915.36 |
| 5430*i | 04/15 | 271.00 | 5454 i | 04/28 | 101.33 | 5481 i | 04/26 | 388.64 |
| 5431 i | 04/14 | 11.99 | 5455 i | 04/28 | 113.11 | 5482 i | 04/26 | 76.70 |
| 5432 i | 04/14 | 940.50 | 5456 i | 04/28 | 131.68 | 5484*i | 04/28 | 567.00 |
| 5433 i | 04/18 | 79.00 | 5458*i | 04/29 | 113.68 | 5485 i | 04/27 | 310.00 |
| 5434 i | 04/13 | 500.00 | 5459 i | 04/20 | 2,200.00 | 5486 i | 04/27 | 24.31 |
| 5435 i | 04/13 | 500.00 | 5460 i | 04/21 | 65.00 | 5487 i | 04/29 | 101.33 |
| 5436 i | 04/14 | 96.32 | 5461 i | 04/22 | 308.00 | 5489*i | 04/29 | 131.68 |
| 5437 i | 04/15 | 42.17 | 5462 i | 04/21 | 890.46 | 5491*i | 04/28 | 215.88 |
| 5438 i | 04/15 | 13.96 | 5463 i | 04/21 | 89.99 | 5492 i | 04/27 | 223.00 |
| 5439 i | 04/25 | 22.50 | 5464 i | 04/21 | 9.98 | 5494*i | 04/27 | 175.21 |
| 5440 i | 04/18 | 187.00 | 5465 i | 04/22 | 513.00 | 5495 i | 04/27 | 23.98 |
| 5441 i | 04/15 | 44.06 | 5466 i | 04/22 | 9.10 | 5496 i | 04/28 | 79.00 |
| 5442 i | 04/15 | 2,000.00 | 5467 i | 04/22 | 39.82 | 5497 i | 04/28 | 121.54 |
| 5443 i | 04/18 | 278.60 | 5468 i | 04/25 | 102.54 | 5498 i | 04/27 | 100.00 |
| 5444 i | 04/19 | 2,854.74 | 5469 i | 04/25 | 400.00 | 5499 i | 04/28 | 6.00 |
| 5445 i | 04/15 | 69.98 | 5470 i | 04/25 | 225.00 | 5500 i | 04/28 | 540.80 |
| 5446 i | 04/15 | 33.48 | 5471 i | 04/27 | 10.82 | 5502*i | 04/29 | 200.00 |
| 5447 i | 04/19 | 234.00 | 5472 i | 04/27 | 24.44 | 5503 i | 04/28 | 7.23 |
| 5448 i | 04/18 | 86.27 | 5473 i | 04/25 | 178.00 | 5507*i | 04/29 | 25.00 |
| 5449 i | 04/25 | 200.00 | 5474 i | 04/25 | 200.00 | 5508 i | 04/28 | 50.00 |
| 5450 i | 04/20 | 347.96 | 5475 i | 04/26 | 801.17 | 7973183713*i | 04/04 | 200.00 |
| 5451 i | 04/19 | 77.80 | 5478*i | 04/26 | 410.00 | | | |

## Withdrawals / Debits

**43 items totaling $39,848.20**

| Date | Amount | Description |
|---|---|---|
| 04/01 | 68.98 | DEBIT CARD PURCHASE AT FLOWERS BY LEGACY, 888-3979494, IL ON 033116 FROM CARD#: XXXXXXXXXXXX7690 |
| 04/01 | 77.27 | DEBIT CARD PURCHASE AT WAL-MART #2666, COLUMBUS, OH ON 033116 FROM CARD#: XXXXXXXXXXXX7690 |
| 04/01 | 4,671.92 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3739 REF # 00425099235 |
| 04/04 | 226.12 | WEB INITIATED PAYMENT AT VZ WIRELESS VE VZW WEBPAY 1242472 040416 |
| 04/04 | 299.68 | FIFTH THIRD ACH MPS BILLNG 4445013000281 040416 |
| 04/06 | 36.70 | DEBIT CARD PURCHASE AT MARATHON, COLUMBUS, OH ON 040516 FROM CARD#: XXXXXXXXXXXX7391 |
| 04/06 | 1,616.04 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3721 REF # 00425644648 |
| 04/07 | 64.51 | RECURRING PURCHASE AT ATT*BILL PAYMENT, 800-288-2020, TX ON 040616 FROM CARD#: XXXXXXXXXXXX7391 |
| 04/08 | 13.97 | RECURRING PURCHASE AT VISTAPR*VistaPrint, 866-8936743, MA ON 040816 FROM CARD#: XXXXXXXXXXXX7391 |
| 04/08 | 63.00 | DEBIT CARD PURCHASE AT BEE LINE ALIGNING, COLUMBUS, OH ON 040616 FROM CARD#: XXXXXXXXXXXX7391 |
| 04/08 | 3,488.39 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3739 REF # 00425986074 |
| 04/11 | 36.00 | RECURRING PURCHASE AT BETTER BUSINESS BU, 614-4866531, OH ON 041016 FROM CARD#: XXXXXXXXXXXX7391 |
| 04/11 | 40.01 | DEBIT CARD PURCHASE AT MARATHON PETRO1559, SOUTH BLOOMFI, OH ON 040816 FROM CARD#: XXXXXXXXXXXX7391 |
| 04/11 | 21.17 | FDGL LEASE PYMT 052-1050129-000 041116 |
| 04/12 | 2.95 | TELEPHONE INITIATED PAYMENT AT BILLMATRIX BILLPAYFEE 17450349172 041216 |
| 04/12 | 276.20 | TELEPHONE INITIATED PAYMENT AT AEP COLUMBUS SOU BILL PAY 17450349171 041216 |
| 04/12 | 39.41 | FIFTH THIRD ACH MPS BILLNG 0K4164 BOBST COLLISION INC 041216 |
| 04/12 | 1,285.84 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3721 REF # 00426391264 |
| 04/12 | 41.00 | SERVICE CHARGE |
| 04/13 | 381.68 | DLX For Business BUS PROD 02036708594128 BOBST COLLISION INC. 041316 |
| 04/13 | 953.53 | WEB INITIATED PAYMENT AT CCC Info Insurance 1360-156448-041 041316 |
| 04/15 | 171.76 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3739 REF # 00426834674 |
| 04/15 | 2,300.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3721 REF # 00426839915 |
| 04/15 | 4,099.95 | 5/3 ONLINE TRANSFER TO CK: XXXXXX3739 REF # 00426833891 |

Statement Period Date: 4/1/2016 - 4/30/2016
Account Type: 5/3 Bus Standard Ckg
Account Number: ████3713

**FIFTH THIRD BANK**

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BOBST COLLISION INC
DEBTOR IN POSSESION
2918 PARSONS AVE
COLUMBUS OH 43207-3053

0

10264

Banking Center: South High
Banking Center Phone: 614-492-8888
Business Banking Support: 877-534-2264

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 04/18 | 42.65 | DEBIT CARD PURCHASE AT MARATHON, COLUMBUS, OH ON 041616 FROM CARD#: XXXXXXXXXXXX739? |
| 04/18 | 2.95 | TELEPHONE INITIATED PAYMENT AT BILLMATRIX BILLPAYFEE 16232237252 041816 |
| 04/18 | 956.93 | TELEPHONE INITIATED PAYMENT AT AEP COLUMBUS SOU BILL PAY 16232237251 041816 |
| 04/19 | 1,451.52 | 5/3 ONLINE TRANSFER TO CK: XXXXX3721 REF # 00427230596 |
| 04/20 | 26.85 | DEBIT CARD PURCHASE AT MARATHON, COLUMBUS, OH ON 041916 FROM CARD#: XXXXXXXXXXXX739? |
| 04/20 | 47.99 | DEBIT CARD PURCHASE AT KROGER FUEL #6815, COLUMBUS, OH ON 041916 FROM CARD#: XXXXXXXXXXXX7690 |
| 04/20 | 193.76 | TELEPHONE INITIATED PAYMENT AT ATT Payment 220221002EVR1M 042016 |
| 04/20 | 503.45 | CINTAS-RENTAL EPAY-RENT 000000703557730 BOBST COLLISION INC 042016 |
| 04/22 | 4,380.26 | 5/3 ONLINE TRANSFER TO CK: XXXXX3739 REF # 00427667357 |
| 04/25 | 35.00 | DEBIT CARD PURCHASE AT LICENSE, COLUMBUS, OH ON 042216 FROM CARD#: XXXXXXXXXXXX7391 |
| 04/25 | 962.96 | WEB INITIATED PAYMENT AT AUTO-OWNERS INS. PREM OB003020088 042516 |
| 04/25 | 5,839.86 | 5/3 ONLINE TRANSFER TO CK: XXXXX3721 REF # 00427973368 |
| 04/26 | 79.95 | DEBIT CARD PURCHASE AT DELILLE OXYGEN COM, 614-444-1177, OH ON 042516 FROM CARD#: XXXXXXXXXXXX7391 |
| 04/26 | 2.45 | TELEPHONE INITIATED PAYMENT AT BILLMATRIX BILLPAYFEE 17491040072 042616 |
| 04/26 | 1,000.00 | TELEPHONE INITIATED PAYMENT AT COLUMBIA GAS OF BILL PAY 17491040071 042616 |
| 04/26 | 35.89 | MERCHANT PAYMENT WAL-MART #2666 AT LOC 266601 3579 S. HIGH ST (US 23) COLUMBUS U OH |
| 04/26 | 1,400.00 | 5/3 ONLINE TRANSFER TO CK: XXXXX3721 REF # 00428094998 |
| 04/28 | 109.65 | DEBIT CARD PURCHASE AT COLUMBUS DISPTHIS, COLUMBUS, OH ON 042616 FROM CARD#: XXXXXXXXXXXX7391 |
| 04/29 | 2,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXX3739 REF # 00428589107 |

## Deposits / Credits

**28 items totaling $69,594.32**

| Date | Amount | Description |
|------|--------|-------------|
| 04/01 | 1,013.95 | SF MUTUAL A16SF0001 116770180KA0329 BOBST COLLISION NTE*ZZZ*116770180KA03291370533100 040116 |
| 04/01 | 1,169.42 | DEPOSIT |
| 04/04 | 941.29 | SF MUTUAL A16SF0001 116771612KA0330 BOBST COLLISION NTE*ZZZ*116771612KA03301370533100 040416 |
| 04/04 | 1,000.00 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 040216 |
| 04/04 | 4,912.27 | SF FIRE A16SF0005 116771509KA0330 BOBST COLLISION NTE*ZZZ*116771509KA03301370533080 040416 |
| 04/05 | 595.34 | SF MUTUAL A16SF0001 116772905KA0331 BOBST COLLISION NTE*ZZZ*116772905KA03311370533100 040516 |
| 04/05 | 3,210.95 | DEPOSIT |
| 04/08 | 1,523.38 | DEPOSIT |
| 04/11 | 3,294.93 | SF MUTUAL A16SF0001 116778596KA0406 BOBST COLLISION NTE*ZZZ*116778596KA04061370533100 041116 |
| 04/11 | 13,367.87 | DEPOSIT |
| 04/12 | 1,501.00 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 041216 |
| 04/13 | 0.40 | DEBIT CARD RETURN AT RBT MARATHON PETRO, EasySavings, NY ON 041316 TO CARD#: XXXXXXXXXXXX7391 |
| 04/14 | 500.00 | DEPOSIT |
| 04/14 | 1,351.63 | DEPOSIT |
| 04/15 | 1,411.20 | DEPOSIT |
| 04/18 | 265.43 | DEPOSIT |
| 04/18 | 1,388.01 | SF MUTUAL A16SF0001 116786246KA0413 BOBST COLLISION NTE*ZZZ*116786246KA04131370533100 041816 |
| 04/18 | 6,418.35 | DEPOSIT |

FIFTH THIRD BANK

## Deposits / Credits - continued

| Date | Amount | Description |
|---|---|---|
| 04/19 | 2,172.90 | SF MUTUAL A16SF0001 116787977KA0414 BOBST COLLISION NTE*ZZZ*116787977KA04141370533100 041916 |
| 04/20 | 1,758.39 | SF MUTUAL A16SF0001 116789474KA0415 BOBST COLLISION NTE*ZZZ*116789474KA04151370533100 042016 |
| 04/20 | 10,412.53 | SF MUTUAL A16SF0001 116789709KA0416 BOBST COLLISION NTE*ZZZ*116789709KA04161370533100 042016 |
| 04/21 | 1,506.64 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 042116 |
| 04/25 | 62.45 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 042316 |
| 04/25 | 4,570.63 | DEPOSIT |
| 04/26 | 1,224.73 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 042616 |
| 04/29 | 563.09 | 5/3 BANKCARD CREDIT DEP CHAIN 0K4164 CREDIT DEP BOBST COLLISION 042916 |
| 04/29 | 694.25 | SF MUTUAL A16SF0001 116800279KA0426 BOBST COLLISION NTE*ZZZ*116800279KA04261370533100 042916 |
| 04/29 | 1,563.29 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01 | 10,916.24 | 04/12 | 22,875.64 | 04/21 | 22,926.67 |
| 04/04 | 15,715.95 | 04/13 | 18,538.11 | 04/22 | 17,676.49 |
| 04/05 | 18,885.42 | 04/14 | 18,696.53 | 04/25 | 14,343.71 |
| 04/06 | 13,647.63 | 04/15 | 9,500.55 | 04/26 | 10,458.28 |
| 04/07 | 11,851.82 | 04/18 | 16,332.39 | 04/27 | 9,465.09 |
| 04/08 | 8,501.67 | 04/19 | 13,887.23 | 04/28 | 7,421.87 |
| 04/11 | 23,269.29 | 04/20 | 22,565.46 | 04/29 | 7,670.81 |

Statement Period Date: 4/1/2016 - 4/30/2016
Account Type: 5/3 Bus Standard Ckg
Account Number: ███3739

## FIFTH THIRD BANK

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH  45263-0900

BOBST COLLISION INC
DEBTOR IN POSSESION
2918 PARSONS AVE
COLUMBUS OH  43207-3053

0

10266

Banking Center: South High
Banking Center Phone: 614-492-8888
Business Banking Support: 877-534-2264

## Account Summary - ███3739

| | | | | |
|---|---|---|---|---|
| **04/01** | **Beginning Balance** | **$97.00** | Number of Days in Period | 30 |
| 39 | Checks | $(16,809.28) | | |
| | Withdrawals / Debits | | | |
| 6 | Deposits / Credits | $18,812.28 | | |
| **04/30** | **Ending Balance** | **$2,100.00** | | |

**Analysis Period: 03/01/16 - 03/31/16**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | **-$11.00** |
| **Service Charge withdrawn on 04/12/16** | **$0.00** |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average
balance of $3,500 across its business checking, savings,
and certificate of deposit accounts.

**OR** your business spends at least $500 per month on
its business credit card.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **Yes** |
| Total Combined Monthly Average Balance | $17,902.38 |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |

## Checks                                        39 checks totaling $16,809.28

\* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 7191 i | 04/04 | 448.69 | 7204 i | 04/15 | 202.60 | 7217 i | 04/18 | 448.84 |
| 7192 i | 04/05 | 503.79 | 7205 i | 04/11 | 542.24 | 7218 i | 04/18 | 500.51 |
| 7193 i | 04/15 | 202.60 | 7206 i | 04/11 | 552.02 | 7219 i | 04/22 | 327.45 |
| 7194 i | 04/04 | 542.25 | 7207 i | 04/11 | 517.47 | 7220 i | 04/25 | 161.66 |
| 7195 i | 04/04 | 793.09 | 7208 i | 04/11 | 515.34 | 7221 i | 04/25 | 503.79 |
| 7196 i | 04/04 | 517.58 | 7209 i | 04/11 | 500.51 | 7222 i | 04/27 | 202.60 |
| 7197 i | 04/04 | 431.08 | 7210 i | 04/11 | 327.44 | 7223 i | 04/25 | 556.44 |
| 7198 i | 04/08 | 404.89 | 7211 i | 04/18 | 309.39 | 7224 i | 04/25 | 481.42 |
| 7199 i | 04/05 | 500.51 | 7212 i | 04/18 | 503.79 | 7225 i | 04/25 | 601.11 |
| 7200 i | 04/06 | 327.45 | 7213 i | 04/22 | 202.60 | 7226 i | 04/25 | 396.56 |
| 7201 i | 04/11 | 88.38 | 7214 i | 04/18 | 534.69 | 7227 i | 04/22 | 648.73 |
| 7202 i | 04/11 | 80.37 | 7215 i | 04/18 | 637.95 | 7228 i | 04/25 | 500.51 |
| 7203 i | 04/11 | 330.77 | 7216 i | 04/18 | 634.73 | 7229 i | 04/29 | 327.44 |

**FIFTH THIRD BANK**

| Deposits / Credits | | | 6 items totaling $18,812.28 |
|---|---|---|---|
| Date | Amount | Description | |
| 04/01 | 4,571.92 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00425099235 | |
| 04/08 | 3,488.39 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00425986074 | |
| 04/15 | 171.76 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00426834674 | |
| 04/15 | 4,099.95 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00426833891 | |
| 04/22 | 4,380.26 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00427667357 | |
| 04/29 | 2,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00428589107 | |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01 | 4,768.92 | 04/08 | 3,787.98 | 04/22 | 3,831.53 |
| 04/04 | 2,036.23 | 04/11 | 333.44 | 04/25 | 630.04 |
| 04/05 | 1,031.93 | 04/15 | 4,199.95 | 04/27 | 427.44 |
| 04/06 | 704.48 | 04/18 | 630.05 | 04/29 | 2,100.00 |

## FIFTH THIRD BANK

(CENTRAL OHIO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BOBST COLLISION INC
DEBTOR IN POSSESION
2918 PARSONS AVE
COLUMBUS OH 43207-3053

0

10265

Statement Period Date: 4/1/2016 - 4/30/2016
Account Type: 5/3 Bus Standard Ckg
Account Number: ●●●●3721

Banking Center: South High
Banking Center Phone: 614-492-8888
Business Banking Support: 877-534-2264

---

## Account Summary - ●●●●3721

| | | | | |
|---|---|---|---|---|
| 04/01 | **Beginning Balance** | **$1,289.90** | Number of Days in Period | 30 |
| | Checks | | | |
| 8 | Withdrawals / Debits | $(14,436.63) | | |
| 6 | Deposits / Credits | $14,393.26 | | |
| 04/30 | **Ending Balance** | **$1,246.53** | | |

---

**Analysis Period: 03/01/16 - 03/31/16**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | **-$11.00** |
| **Service Charge withdrawn on 04/12/16** | **$0.00** |

---

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average

balance of $3,500 across its business checking, savings,

and certificate of deposit accounts.

**OR** your business spends at least $500 per month on

its business credit card.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **Yes** |
| Total Combined Monthly Average Balance | $17,902.38 |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |

---

## Withdrawals / Debits

**8 items totaling $14,436.63**

| Date | Amount | Description |
|---|---|---|
| 04/07 | 1,616.04 | IRS USATAXPYMT 270649814591831 BOBST COLLISION INC 040716 |
| 04/13 | 1,285.84 | IRS USATAXPYMT 270650484513405 BOBST COLLISION INC 041316 |
| 04/18 | 1,843.57 | COL IN TAX TELECHK 800-697-9263 INTERNET 043000098842524 1400310000026837349342 041816 |
| 04/19 | 256.76 | 8006OHIO-TAXOSWH ODTSDWHTX OH SDWH TX 000000065204852 BOBST COLLISIO.BOBST- 041916 |
| 04/19 | 620.78 | 8011OHIO-TAXOEWH ODTPWHTAX OH WH TAX 000000065204080 BOBST COLLISIO.BOBST- 041916 |
| 04/20 | 1,451.52 | IRS USATAXPYMT 270651124707193 BOBST COLLISION INC 042016 |
| 04/27 | 1,522.26 | IRS USATAXPYMT 270651834250513 BOBST COLLISION INC 042716 |
| 04/27 | 5,839.86 | 8013OHIO-TAXOSUT ODTSALETX OH SALESTX 000000065678924 BOBST COLLISIO.BOBST- 042716 |

---

## Deposits / Credits

**6 items totaling $14,393.26**

| Date | Amount | Description |
|---|---|---|
| 04/06 | 1,616.04 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00425644648 |
| 04/12 | 1,285.84 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00426391264 |
| 04/15 | 2,300.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00426839915 |
| 04/19 | 1,451.52 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00427230596 |
| 04/25 | 5,339.86 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00427973368 |
| 04/26 | 1,400.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX3713 REF # 00428094998 |

---

**FIFTH THIRD BANK**

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 04/06 | 2,905.94 | 04/15 | 4,089.90 | 04/25 | 7,208.65 |
| 04/07 | 1,289.90 | 04/18 | 2,246.33 | 04/26 | 8,608.65 |
| 04/12 | 2,575.74 | 04/19 | 2,820.31 | 04/27 | 1,246.53 |
| 04/13 | 1,289.90 | 04/20 | 1,368.79 | | |